OKLAHOMA
STATE
COURTS
NETWORK

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

Track Case

**IN THE DISTRICT COURT IN AND FOR ROGERS COUNTY, OKLAHOMA**

| | |
|---|---|
| State Of Oklahoma, Ex Rel.<br>Plaintiff, and<br>Gentner Drummond, in his Official Capacity as Attorney General Of Oklahoma,<br>Plaintiff,<br>v.<br>Century Aluminum Company, a Delaware Corporation,<br>Defendant, and<br>Aluminum Oklahoma, LLC d/b/a Oklahoma Primary Aluminum, LLC<br>Defendant. | **No. CV-2026-108**<br>**(Civil Misc.: INJUNCTIVE RELIEF AND ABATEMENT)**<br><br>Filed: 06/02/2026<br><br>Judge: Nigh, Sue |

# PARTIES

Aluminum Oklahoma LLC dba, Defendant
Century Aluminum Company, Defendant
Drummond, Gentner, Plaintiff
Oklahoma Primary Aluminum LLC, Defendant
State Of Oklahoma, Plaintiff

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Drummond, Gentner F (Bar #16645)<br>Office of the Attorney General<br>State of Oklahoma<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105 | State Of Oklahoma, |

# EVENTS

Get Text Reminders

None

EXHIBIT
1

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.** Issue: INJUNCTIVE RELIEF AND ABATEMENT (OTHER1)
Filed By: State Of Oklahoma
Filed Date: 06/02/2026

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | Count | Amount |
|---|---|---|---|---|
| 06-02-2026 | [ TEXT ] | CIVIL MISC. INITIAL FILING. | #1 | |
| 06-02-2026 | [ OTHER1 ] | INJUNCTIVE RELIEF AND ABATEMENT OF ANTICIPATORY PUBLIC NUISANCE | | |
| 06-02-2026 | [ DMFE ] | DISPUTE MEDIATION FEE | | $ 7.00 |
| 06-02-2026 | [ PFE1 ] | PETITION FOR INJUNCTIVE RELIEF AND ABATEMENT OF ANTICIPATORY PUBLIC NUISANCE<br>Document Available (#1065420672) TIFF PDF | | $ 85.00 |
| 06-02-2026 | [ PFE7 ] | LAW LIBRARY FEE | | $ 6.00 |
| 06-02-2026 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | $ 25.00 |
| 06-02-2026 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | $ 1.55 |
| 06-02-2026 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | $ 10.00 |
| 06-02-2026 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 10.00 |
| 06-02-2026 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 1.00 |
| 06-02-2026 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | $ 0.16 |
| 06-02-2026 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | $ 0.45 |
| 06-02-2026 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | $ 0.23 |

**06-02-2026 [ DCADMINCSF ]** $ 1.50

DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

---

**06-02-2026 [ CCRMPF ]** $ 10.00

COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE

---

**06-02-2026 [ DCADMIN10 ]** $ 1.50

DISTRICT COURT ADMIN FEE FOR $10 COLLECTION

---

**06-02-2026 [ CCADMIN10 ]** $ 1.00

COURT CLERK ADMIN FEE FOR $10 COLLECTION

---

**06-02-2026 [ LTF ]** $ 10.00

LENGTHY TRIAL FUND

---

**06-02-2026 [ SMF ]** $ 20.00

SUMMONS FEE (CLERKS FEE)

---

**06-02-2026 [ SMIP ]**

SUMMONS ISSUED - PRIVATE PROCESS SERVER

---

**06-02-2026 [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE NIGH, SUE TO THIS CASE.

---

**07-06-2026 [ TEXT ]**

PROOF OF SERVICE WITH SUMMONS ATTACHED (PPS-ALUMINUM OKLAHOMA, LLC-WITH TAYLOR BRATCHER-07-01-2026)

Document Available (#1065428944) TIFF PDF

---

**07-13-2026 [ TEXT ]**

AFFIDAVIT OF PROCESS SERVER WITH SUMMONS ATTACHED (PPS-CENTURY ALUMINUM COMPANY-WITH JANE DOE-07-01-2026)

Document Available (#1064992455) TIFF PDF