UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
OFFICE OF THE CLERK OF COURT

# Notice of Assignment of Case to a United States Magistrate Judge and Declination of Consent Form

To: Counsel of Record and Pro Se Parties

Re: Assignment to United States Magistrate Judge; **ACTION REQUIRED**.

This case has been randomly assigned to a full-time United States magistrate judge for all purposes, including trial, final entry of judgment, and direct review by the Tenth Circuit Court of Appeals. See 28 USC 636(c), Federal Rule of Civil Procedure 73, and Local Civil Rule 73-1(a).

Pursuant to 28 U.S.C. § 636(c), with the consent of the parties, a United States magistrate judge may conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case, when specially designated to exercise such jurisdiction by the district court or courts he serves.

The Northern District of Oklahoma directly assigns a wide range of newly filed civil cases to magistrate judges. Magistrate judges have a wide experience in all types of civil matters filed in our Court. As the presiding judge, the assigned magistrate judge will conduct all proceedings in this case, including all pretrial and trial proceedings, final entry of judgment, and post-trial motions and proceedings. Any appeal from the judgment entered by the assigned magistrate judge shall be taken directly to the United States Court of Appeals for this Judicial Circuit in the same manner as an appeal from any other judgment of this district court.

You have a right for a United States district court judge to hear your case even though your case has been assigned to a United States magistrate judge for all purposes. Failing to decline consent, as described on this form, means that you waive that right, and that the assigned magistrate judge will take the place of a district judge in all respects. No district judge will supervise or review the work of the assigned magistrate judge.

Consent to a magistrate judge is voluntary. Declining consent will not result in any adverse consequence. If a party declines consent, the identity of the party declining consent will not be communicated to any judge, and this case will randomly be assigned to a district judge.

Any party may decline consent by signing at the bottom and emailing this form to the court at Consents_OKND@oknd.uscourts.gov within the deadline, applicable to this case, for declining consent. This form must be received by the court within the applicable deadline. **Do not electronically file this form.**

**Each party will be deemed to have knowingly and voluntarily consented to proceed before the assigned Magistrate Judge, if this form is not signed and returned within the applicable deadline below.**

The plaintiff or removing party must serve an unexecuted copy of this notice upon all other parties to this action.

**DEADLINE FOR DECLINING CONSENT**

**If this case is a Social Security appeal**, you will be deemed to have knowingly and voluntarily consented to proceed before the assigned magistrate judge unless you decline consent before the filing of your brief (i.e., plaintiff's opening brief or defendant's response brief).

**If this case is any other exempt case in LCvR16-1(a)**, you will be deemed to have knowingly and voluntarily consented to proceed before the assigned magistrate judge unless you decline consent within 21 days of your first appearance in the case.

**If this case is not an exempt case in LCvR16-1(a)**, you will be deemed to have knowingly and voluntarily consented to proceed before the assigned magistrate judge unless you decline consent before the filing of, or within, the Joint Status Report form, or if the Joint Status Report was filed before your first appearance in the case, within 21 days of your first appearance.

**I decline consent and request this case be assigned to a District Judge.**

Attorney/Party's Signature:______________________________________________

(wet signature required – an s/ signature will not be accepted)

Date Signed:__________________________

Case Number:______________________________________________________

Party Represented:___________________________________________________