# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

(1) State of Oklahoma, ex rel. Gentner Drummond, in his official capacity as Attorney General of Oklahoma

        Plaintiff,

vs.

    Case No.: 26-cv-00450-SH

(1) Century Aluminum Company, a Delaware corporation; and (2) Aluminum Oklahoma, LLC d/b/a Oklahoma Primary Aluminum, LLC,

        Defendants.

## DISCLOSURE STATEMENT

| | |
|---|---|
| **"PARTY" DEFINED:** | Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action. |

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

Defendant Century Aluminum Company
<em>[enter name of party on the line above]</em>

who is a (check one)  ☐ PLAINTIFF  ☒ DEFENDANT  ☐ OTHER: _____

in this action, makes the following disclosures:

| | | |
|---|---|---|
| **INSTRUCTIONS**: | 1. | Determine which part(s) of the form apply: |
| | | • Part I is applicable in <u>diversity</u> cases <u>only</u> and must be completed by all parties. |
| | | • Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons. |
| | | • Part III is applicable in all cases and must be completed by all nongovernmental parties. |
| | 2. | Check the applicable box or boxes, and fully provide any required information. |
| | 3. | Attach separate pages as necessary to fully provide required information. |

## PART I:  CITIZENSHIP  (diversity cases <u>only</u>)

☐    This party is an individual who is a citizen of the state of _____.

☐    This party is a corporation incorporated in _____ and with a principal place of business in _____.

☐    This party is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust).

If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship. If any member is itself a noncorporate entity, the citizenship for each sub-member of the noncorporate entity member must be provided as well.

☐ This party is a traditional trust.

If yes, identify each trustee and each trustee's state of citizenship. If any trustee is a noncorporate entity, the citizenship for each member of the noncorporate entity trustee must be provided as well.

## PART II:  NONGOVERNMENTAL ENTITY DISCLOSURES  (all cases)

☐ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☒ This party is publicly held.

☐ This party has one or more parent entities.

If yes, identify all parent entities, including grandparent and great-grandparent entities.

☒ This party has one or more subsidiaries.

If yes, identify all subsidiaries.

**See list of all subsidiaries, attached as Exhibit 1.**

☒ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners.

**Glencore plc, Glencore International AG, and Glencore AG beneficially own over 10% of the stock of Century Aluminum Company. Glencore plc, the parent entity of Glencore International AG and Glencore AG, is a public company with its ordinary shares listed on the London Stock Exchange and the Johannesburg Stock Exchange.**

☐ This party is a trade association.

If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

Disclosure Statement CV-24 (01/24)

## PART III: OTHER INTERESTED PERSONS AND ENTITIES (all cases)

☐ Another person, corporation, or noncorporate entity related to the party—**not already identified through other answers**—has a direct financial interest in the outcome of the litigation.

    If yes, identify all persons, corporations, or noncorporate entities and the nature of their interest. If the interested entity is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust), identify the nature of the entity, each member of the entity with a direct financial interest in the outcome of the litigation, and the nature of each member's interest.

☒ There are no known interested persons, corporations, or noncorporate entities with a direct financial interest in the outcome of the litigation other than those participating in the case.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this __28th__ day of __July__, 20__26__.

| | |
|---|---|
| Signature: | */s/Kayci Bair Hughes* |
| Printed Name: | Kayci Bair Hughes |
| Bar Number: | OBA# 18399 |
| Firm Name: | Crowe Dunlevy, PC |
| Address: | 222 N. Detroit Ave., Ste. 600 |
| City, State, Zip Code: | Tulsa, OK 74120 |
| Phone/Fax: | 918-592-9800 |
| Email Address: | Kayci.hughes@crowedunlevy.com |

           Disclosure Statement CV-24 (01/24)

# CERTIFICATE OF SERVICE

I hereby certify that on <u>    July 28, 2026    </u> (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

> Gentner Drummond
> Garry M. Gaskins, II
> Jennifer L. Lewis

I hereby certify that on <u>                </u> (Date), I served the same document by

☐ U.S. Postal Service         ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

<u>*/s/ Kayci Bair Hughes*                              </u>
Signature