EX-21.1 2 a20251231q4ex211.htm EX-21.1

**EXHIBIT 21.1**

**CENTURY ALUMINUM COMPANY**
**Subsidiaries of the Registrant**

| Company Name | State or Other Jurisdiction of Incorporation or Organization | Name Under Business is Conducted |
|---|---|---|
| Century Aluminum of South Carolina, Inc. | Delaware | Century Aluminum of South Carolina, Inc. |
| Century Aluminum Sebree LLC | Delaware | Century Aluminum Sebree LLC |
| Century Marketer LLC | Delaware | Century Marketer LLC |
| Century California LLC | Delaware | Century California LLC |
| Century Kentucky, Inc. | Delaware | Century Kentucky, Inc. |
| Century Netherlands I Limited | Bermuda | Century Netherlands I Limited |
| Century Aluminum Holdings, LLC | Delaware | Century Aluminum Holdings, LLC |
| Skyliner, LLC | Delaware | Skyliner, LLC |
| NSA General Partnership | Kentucky | NSA GP |
| Century Aluminum of Kentucky General Partnership | Kentucky | Century Aluminum of Kentucky, GP |
| Hancock Aluminum LLC | Delaware | Hancock Aluminum LLC |
| Century Aluminum of Kentucky LLC | Delaware | Century Aluminum of Kentucky LLC |
| Century Netherlands II Limited | Bermuda | Century Netherlands II Limited |
| Nordural Holdings C.V. | Netherlands | Nordural Holdings C.V. |
| Nordural U.S. LLC | Delaware | Nordural U.S. LLC |
| Norðurál ehf. | Iceland | Norðurál ehf. |
| Century Louisiana, Inc. | Delaware | Century Louisiana, Inc. |
| Century Aluminum Development LLC | Delaware | Century Aluminum Development LLC |
| Century Aluminium Congo, S.A. | Republic of Congo | Century Aluminium Congo, S.A. |
| Norðurál Grundartangi ehf. | Iceland | Norðurál Grundartangi ehf. |
| Century Aluminum Vlissingen B.V. | Netherlands | Century Aluminum Vlissingen B.V. |
| Mt. Holly Commerce Park, LLC | South Carolina | Mt. Holly Commerce Park, LLC |
| Century Aluminum of West Virginia, Inc. | Delaware | Century Aluminum of West Virginia, Inc. |
| Metalsco, LLC | Georgia | Metalsco, LLC |
| Virgin Islands Alumina Corporation LLC | Delaware | Virgin Islands Alumina Corporation LLC |
| Century Aluminum Jamaica Holdings, Inc. | Delaware | Century Aluminum Jamaica Holdings, Inc. |
| Century Aluminum Trading Company | Delaware | Century Aluminum Trading Company |
| General Alumina Holdings Limited | United Kingdom | General Alumina Holdings Limited |
| General Alumina Jamaica Inc. | Delaware | General Alumina Jamaica Inc. |
| General Alumina Jamaica Limited | St. Lucia | General Alumina Jamaica Limited |

EXHIBIT
1