# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

(1) State of Oklahoma, ex rel. Gentner Drummond, in his official capacity as Attorney General of Oklahoma

Plaintiff,

vs.

Case No.: 26-cv-00450-SH

(1) Century Aluminum Company, a Delaware corporation; and (2) Aluminum Oklahoma, LLC d/b/a Oklahoma Primary Aluminum, LLC

Defendants.

## DISCLOSURE STATEMENT

| | |
|---|---|
| **"PARTY" DEFINED:** | Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action. |

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

Defendant Aluminum Oklahoma, LLC d/b/a Oklahoma Primary Aluminum, LLC
*[enter name of party on the line above]*

who is a (check one)   ☐ PLAINTIFF   ☒ DEFENDANT   ☐ OTHER: _____

in this action, makes the following disclosures:

| | |
|---|---|
| **INSTRUCTIONS:** | 1. Determine which part(s) of the form apply:<br>   • Part I is applicable in <u>diversity</u> <u>cases</u> <u>only</u> and must be completed by all parties.<br>   • Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.<br>   • Part III is applicable in all cases and must be completed by all nongovernmental parties.<br>2. Check the applicable box or boxes, and fully provide any required information.<br>3. Attach separate pages as necessary to fully provide required information. |

## PART I:   CITIZENSHIP   (diversity cases <u>only</u>)

☐   This party is an individual who is a citizen of the state of _____ .

☐   This party is a corporation incorporated in _____ and with a principal place of business in _____ .

☐   This party is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust).

If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship. If any member is itself a noncorporate entity, the citizenship for each sub-member of the noncorporate entity member must be provided as well.

☐ This party is a traditional trust.

If yes, identify each trustee and each trustee's state of citizenship. If any trustee is a noncorporate entity, the citizenship for each member of the noncorporate entity trustee must be provided as well.

## PART II: NONGOVERNMENTAL ENTITY DISCLOSURES (all cases)

☐ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐ This party is publicly held.

☒ This party has one or more parent entities.

If yes, identify all parent entities, including grandparent and great-grandparent entities.

Inola Metals Holdings LLC
EGA US Holdings LLC
EGA International Holdings Ltd
EGA Overseas Investments LLC
Emirates Global Aluminum PJSC
Dubal Holding LLC
MDC Industry Holding Company LLC

*Ownership of each great-great-great-great-grandparent:*

*MDC Industry Holding Company LLC:*
Mamoura Diversified Global Holding PJSC
Mubadala Investment Company PJSC
Government of Abu Dhabi

*Dubal Holding LLC:*
Investment Corporation Dubai
Government of Dubai

☐ This party has one or more subsidiaries.

If yes, identify all subsidiaries

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

Disclosure Statement CV-24 (01/24)

If yes, identify all such owners.

☐ This party is a trade association.

If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

**PART III:   OTHER INTERESTED PERSONS AND ENTITIES   (all cases)**

☐ Another person, corporation, or noncorporate entity related to the party—**not already identified through other answers**—has a direct financial interest in the outcome of the litigation.

If yes, identify all persons, corporations, or noncorporate entities and the nature of their interest. If the interested entity is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust), identify the nature of the entity, each member of the entity with a direct financial interest in the outcome of the litigation, and the nature of each member's interest.

☒ There are no known interested persons, corporations, or noncorporate entities with a direct financial interest in the outcome of the litigation other than those participating in the case.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this __28th__ day of __July_____, 20__26__ .

| | |
|---|---|
| Signature: | */s/Kayci Bair Hughes* |
| Printed Name: | Kayci Bair Hughes |
| Bar Number: | OBA# 18399 |
| Firm Name: | Crowe Dunlevy, PC |
| Address: | 222 N. Detroit Ave., Ste. 600 |
| City, State, Zip Code: | Tulsa, OK 74120 |
| Phone/Fax: | 918-592-9800 |
| Email Address: | Kayci.hughes@crowedunlevy.com |

Disclosure Statement CV-24 (01/24)

# CERTIFICATE OF SERVICE

I hereby certify that on      July 28, 2026      (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Gentner Drummond, Attorney General
Garry M. Gaskins, II, Solicitor General
Jennifer L. Lewis, Deputy Attorney General

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service        ☐ In Person Delivery

☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

*/s/Kayci Bair Hughes*
Signature

Disclosure Statement CV-24 (01/24)