**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

STATE OF OKLAHOMA, ex rel.
GENTNER DRUMMOND, in his official
capacity as ATTORNEY GENERAL OF
OKLAHOMA,

|  |  |
|---|---|
| Plaintiff, | |
| vs. | Case No.: 26-cv-00450-SH |

CENTURY ALUMINUM COMPANY, a
Delaware corporation; and ALUMINUM
OKLAHOMA, LLC d/b/a OKLAHOMA
PRIMARY ALUMINUM, LLC,

| | |
|---|---|
| Defendant. | **PARTIAL JOINT STATUS REPORT (FOR CASES WITH A PRESIDING MAGISTRATE JUDGE)** |

**VIII.     Do all parties consent to trial before the assigned magistrate judge?**     Yes ☐     No ☒

**IX.     Is there any matter that should be referred to the assigned magistrate judge for final disposition upon partial consent of all the parties pursuant to Local Rule 73.1?**     Yes ☐     No ☒

Respectfully submitted,

/s/ Garry M. Gaskins, II
GENTNER DRUMMOND, OBA #16645
     *Attorney General*
GARRY M. GASKINS, II, OBA #20212
     *Solicitor General*
JENNIFER L. LEWIS, OBA #32819
     *Deputy Attorney General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov

**ATTORNEYS FOR PLAINTIFF**

/s/ J. Christopher Davis
J. Christopher Davis, OBA #16639
Kayci Bair Hughes, OBA #18399
Bradley W. Welsh, OBA #18488
CROWE DUNLEVY
222 N. Detroit Ave., Suite 600
Tulsa, Oklahoma 74120
Telephone: (918) 592-9800
chris.davis@crowedunlevy.com
kayci.hughes@crowedunlevy.com
brad.welsh@crowedunlevy.com

Donald K. Shandy, OBA#11511
Timila Rother, OBA #14310
CROWE DUNLEVY
Braniff Building, 324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
don.shandy@crowedunlevy.com
timila.rother@crowedunlevy.com

**ATTORNEYS FOR DEFENDANTS**