# Exhibit 2

**OKLAHOMA**
PRIMARY ALUMINUM

About us        Responsibility        Suppliers        Opportunity



Answers Center

A community resource for project information

**OKLAHOMA**
PRIMARY ALUMINUM

About us          Responsibility          Suppliers          Opportunity

# Send us your questions

If you have questions that are not addressed on this page, please email **contact@oklahomaprimaryaluminum.com** or drop in to our office on Wednesdays between 1 to 5 pm to speak with a project representative. Our office is located at 8 East Commercial Street in Inola.

Search our Answers Center

# General

What is the vision and purpose of this project?                                        +

What is primary aluminum?                                        +

Why do we need to make aluminum in the US?                                        +

**Where exactly will the facility be located, and how is the site prepared and zoned for this type of development?**                                                                    +

**Where are you in the planning and development process right now?**                          –

We are conducting environmental surveys and studies as part of the permitting process and expect to begin early site prep by the end of 2026.

**What is the anticipated timeline for bringing the project to life?**                          +

**How much of Oklahoma Primary Aluminum is American owned?**                          +

**Do foreign companies have to follow US laws?**                          +

**How is Oklahoma Primary Aluminum responding to Attorney General Gentner Drummond's legal action to stop the proposed facility?**                          +

**OKLAHOMA**
PRIMARY ALUMINUM

About us          Responsibility          Suppliers          Opportunity

## Community

| How will you keep the community informed as the project moves forward? | + |

| What types of job opportunities will the facility create for the community? | + |

| How can I apply for a job? | + |

| What is Century Aluminum's track record as a neighbor at its existing locations? | + |

| Will there be any traffic and road impacts from the project? | + |

| Will the project affect property values? | + |

## Economic impact

How will this project contribute to Oklahoma's long-term economic growth?    +

Why has a TIF been created for this project?    +

Is the project, EGA or Century Aluminum directly taking money from Oklahoma taxpayers?    +

What guarantees or claw back provisions protect State taxpayer interests?    +

Is the project directly taking money from Inola taxpayers?    +

What are the short-term and long-term tax implications of the project for Inola and Rogers County?    +

What safeguards are in place to ensure the project does not place an undue tax burden on existing residents?    +

# Environment and safety

What technologies or modern practices will make this facility different from older smelters?    +

What regulations are in place to help protect public safety at the local, state and federal levels?    +

How will nearby residents be protected in the unlikely event of an emergency?    +

How will emissions be controlled and monitored to protect health and safety?    +

How will the plant manage and limit fluoride emissions?    +

What hydrogen fluoride levels will be emitted from the facility, and how does it compare with other smelters?    +

Does fluoride from aluminum smelters harm cattle and the surrounding environment?    +

How will groundwater and soil be protected?    +

OKLAHOMA
PRIMARY ALUMINUM

About us          Responsibility          Suppliers          Opportunity

Is arsenic released into the environment?                                                                    +

Will the facility generate odors?                                                                            +

What systems are in place for environmental reporting and monitoring?                                        +

How does an aluminium smelter differ from smaller businesses in terms of regulation?                         +

Are there existing aluminum production facilities near towns and agricultural areas?                         +

Why was Oklahoma chosen for this project when the state experiences frequent tornadoes?    +

Can an aluminum production facility and nature really coexist?                                                +

# Power

**OKLAHOMA**
PRIMARY ALUMINUM

About us    Responsibility    Suppliers    Opportunity

What type of power will the facility use, and how will it be sourced?    +

Is there enough electricity to power the facility?    +

## You may also be interested in







### About us

Read more →

### Responsibility

Read more →

### Opportunity

Read more →

**OKLAHOMA**
PRIMARY ALUMINUM

About us          Responsibility          Suppliers          Opportunity

News          Answers Center          Contact us

**Oklahoma Primary Aluminum is a project of EGA and Century Aluminum**

Terms and conditions

Privacy Policy      Cookies Policy

Copyright 2026 © Aluminum Oklahoma LLC, doing business as Oklahoma Primary Aluminum, a subsidiary of Emirates Global Aluminium PJSC. All Rights Reserved