# Exhibit 3



**OKLAHOMA**
PRIMARY ALUMINUM

About us    Responsibility    Suppliers    Opportunity

## Answers Center

A community resource for project information

OKLAHOMA
PRIMARY ALUMINUM

About us     Responsibility     Suppliers     Opportunity

# Send us your questions

If you have questions that are not addressed on this page, please email **contact@oklahomaprimaryaluminum.com** or drop in to our office on Wednesdays between 1 to 5 pm to speak with a project representative. Our office is located at 8 East Commercial Street in Inola.

Search our Answers Center

# General

| What is the vision and purpose of this project? | + |
| --- | --- |

| What is primary aluminum? | + |
| --- | --- |

| Why do we need to make aluminum in the US? | + |
| --- | --- |



Where exactly will the facility be located, and how is the site prepared and zoned for this type of development?                                          +

Where are you in the planning and development process right now?                                          +

What is the anticipated timeline for bringing the project to life?                                          −

- 2026: Planning and regulatory permitting processes are initiated.
- End of 2026: Final approvals and permits are secured and site work begins.
- 2027–2029: Construction period, including sourcing jobs and local opportunities, with 4,000 construction workers employed.
- By the end of the decade: Facility opens with the initial hiring of 1,000 employees.

How much of Oklahoma Primary Aluminum is American owned?                                          +

Do foreign companies have to follow US laws?                                          +

How is Oklahoma Primary Aluminum responding to Attorney General Gentner Drummond's legal action to stop the proposed facility?                                          +



# Community

How will you keep the community informed as the project moves forward?  +

What types of job opportunities will the facility create for the community?  +

How can I apply for a job?  +

What is Century Aluminum's track record as a neighbor at its existing locations?  +

Will there be any traffic and road impacts from the project?  +

Will the project affect property values?  +

# Economic impact

OKLAHOMA
PRIMARY ALUMINUM

About us        Responsibility        Suppliers        Opportunity

How will this project contribute to Oklahoma's long-term economic growth?                    +

Why has a TIF been created for this project?                    +

Is the project, EGA or Century Aluminum directly taking money from Oklahoma taxpayers?        +

What guarantees or claw back provisions protect State taxpayer interests?                    +

Is the project directly taking money from Inola taxpayers?                    +

What are the short-term and long-term tax implications of the project for Inola and Rogers County?        +

What safeguards are in place to ensure the project does not place an undue tax burden on existing residents?        +

# Environment and safety

OKLAHOMA
PRIMARY ALUMINUM

About us       Responsibility       Suppliers       Opportunity

What technologies or modern practices will make this facility different from older smelters?    +

What regulations are in place to help protect public safety at the local, state and federal levels?    +

How will nearby residents be protected in the unlikely event of an emergency?    +

How will emissions be controlled and monitored to protect health and safety?    +

How will the plant manage and limit fluoride emissions?    +

What hydrogen fluoride levels will be emitted from the facility, and how does it compare with other smelters?    +

Does fluoride from aluminum smelters harm cattle and the surrounding environment?    +

How will groundwater and soil be protected?    +

Is arsenic released into the environment?                                                    +

Will the facility generate odors?                                                            +

What systems are in place for environmental reporting and monitoring?                        +

How does an aluminium smelter differ from smaller businesses in terms of regulation?         +

Are there existing aluminum production facilities near towns and agricultural areas?         +

Why was Oklahoma chosen for this project when the state experiences frequent tornadoes?      +

Can an aluminum production facility and nature really coexist?                               +

# Power

What type of power will the facility use, and how will it be sourced?                                    +

Is there enough electricity to power the facility?                                                       +

# You may also be interested in







## About us

Read more →

## Responsibility

Read more →

## Opportunity

Read more →

**OKLAHOMA**
PRIMARY ALUMINUM

About us          Responsibility          Suppliers          Opportunity

News          Answers Center          Contact us

**Oklahoma Primary Aluminum is a project of EGA and Century Aluminum**

Terms and conditions                    Copyright 2026 © Aluminum Oklahoma LLC, doing business as Oklahoma Primary Aluminum,

Privacy Policy          Cookies Policy                         a subsidiary of Emirates Global Aluminium PJSC. All Rights Reserved