# Exhibit 13

 MUBADALA

عربي

Our Portfolio

# UAE-China Joint Investment Fund



Capital Investments                 📍 UNITED ARAB EMIRATES

## Mubadala has partnered with China Development Bank Capital and China's State

Administration of Foreign Exchange to establish the UAE-China Joint Investment Fund.

Launched in December 2015 by Mubadala, China Development Bank Capital and China's State Administration of Foreign Exchange, the UAE-China Joint Investment Cooperation Fund will deploy capital in jointly-approved investments in the UAE and China. This initiative is funded equally by the UAE and Chinese governments.

The fund has the flexibility to look at a range of alternative investment strategies, asset classes and special opportunities, including greenfield investment projects, with the aim of building a balanced portfolio with a focus on sustainable returns and principal capital protection.

The sourcing and diligence of new investments will be undertaken by a team that will include both existing Mubadala and CDBC employees, and newly hired investment professionals.

## CONTACT INFO.

Address:

Abu Dhabi - United Arab Emirates

# Other Assets











Be the first to read our latest story by

subscribing to our mailing list.

Please provide your email

SUBSCRIBE



BCM Statement    |    Terms of Use

© 2026 Mubadala Investment Company. All Rights Reserved.

    

Who We Are

What We Do

Investors

Careers

Media

Contact Us

Read an overview about Mubadala in your language

