Case 4:26-cv-00450-SEH-SH     Document 19-17 Filed in USDC ND/OK on 08/11/26     Page 1 of 8

**OKLAHOMA**
PRIMARY ALUMINUM



# Answers Center

A community resource for project information





# Send us your questions

If you have questions that are not addressed on this page, please email **contact@oklahomaprimaryaluminum.com** or drop in to our office on Wednesdays between 1 to 5 pm to speak with a project representative. Our office is located at 8 East Commercial Street in Inola.

Search our Answers Center

## General

### What is the vision and purpose of this project?   –

Oklahoma Primary Aluminum is at the forefront of a national movement, initiated and supported by President Trump, to bring manufacturing back to the United States. As the first new aluminum production facility built in the U.S. in more than four decades, it represents a significant step toward strengthening supply chains, including providing metal critically important to national defense and many basic industries, doubling domestic aluminum output, reducing reliance on imports and creating a manufacturing hub that will result in high-quality jobs locally and throughout the region.

### What is primary aluminum?   +



## OKLAHOMA
PRIMARY ALUMINUM

Why was Tulsa Port of Inola chosen for this project? +

Where exactly will the facility be located, and how is the site prepared and zoned for this type of development? +

Where are you in the planning and development process right now? +

What is the anticipated timeline for bringing the project to life? +

How much of Oklahoma Primary Aluminum is American owned? +

Who owns the land where the plant will be constructed? +

Do foreign companies have to follow US laws? +

How is Oklahoma Primary Aluminum responding to Attorney General Gentner Drummond's legal action to stop the proposed facility? +

## Community

# OKLAHOMA
PRIMARY ALUMINUM



moves forward.

What types of job opportunities will the facility create for the community? +

How can I apply for a job? +

What is Century Aluminum's track record as a neighbor at its existing locations? +

Will there be any traffic and road impacts from the project? +

Will the project affect property values? +

## Economic impact

How will this project contribute to Oklahoma's long-term economic growth? +

Why has a TIF been created for this project? +

Is the project, EGA or Century Aluminum directly taking money from Oklahoma taxpayers? +





interests.

Is the project directly taking money from Inola taxpayers?    +

What are the short-term and long-term tax implications of the project for Inola and Rogers County?    +

What safeguards are in place to ensure the project does not place an undue tax burden on existing residents?    +

## Environment and safety

What technologies or modern practices will make this facility different from older smelters?    +

What regulations are in place to help protect public safety at the local, state and federal levels?    +

How will nearby residents be protected in the unlikely event of an emergency?    +

How will emissions be controlled and monitored to protect health and safety?    +

How will the plant manage and limit fluoride emissions?    +



**OKLAHOMA**
PRIMARY ALUMINUM

and how does it compare with other smelters?

Does fluoride from aluminum smelters harm cattle and the surrounding environment? +

How will groundwater and soil be protected? +

How will industrial wastewater from the facility be managed and regulated? +

Is arsenic released into the environment? +

Will the facility generate odors? +

What systems are in place for environmental reporting and monitoring? +

How does an aluminium smelter differ from smaller businesses in terms of regulation? +

Are there existing aluminum production facilities near towns and agricultural areas? +

Why was Oklahoma chosen for this project when the state experiences frequent tornadoes? +

Case 4:26-cv-00450-SEH-SH      Document 19-17 Filed in USDC ND/OK on 08/11/26      Page 7 of 8



**OKLAHOMA**
PRIMARY ALUMINUM

## Power

| What type of power will the facility use, and how will it be sourced? | + |
|---|---|

| Is there enough electricity to power the facility? | + |
|---|---|

## You may also be interested in



### About us

Read more →



### Responsibility

Read more →

Case 4:26-cv-00450-SEH-SH     Document 19-17 Filed in USDC ND/OK on 08/11/26     Page 8 of 8







News        Answers Center        Contact us

Oklahoma Primary Aluminum is a project of EGA and Century Aluminum

Terms and conditions        Privacy Policy        Cookies Policy

Copyright 2026 © Aluminum Oklahoma LLC, doing business as Oklahoma Primary Aluminum, a subsidiary of Emirates Global Aluminium PJSC. All Rights Reserved