# Exhibit 16



**Robert Singletary**
Executive Director

**Kevin Stitt**
Governor

---

VIA ELECTRONIC-MAIL

July 2, 2026

Oklahoma Primary Aluminum
Attention: Ziad Fares
zfares@ega.ae
E 620 Road
Inola, OK 74036

Permit No. **2026-0100-C (PSD)**
Permit Writer: Alexandria Mills

SUBJECT:    Application for an Initial Construction Permit for a Part 70 Source
Oklahoma Primary Aluminum ("OPA")
Oklahoma Primary Aluminum Facility
Facility ID No. 25367
Latitude 36.12278°N, Longitude 95.55526°W
Section 13, Township 19N, Range 16E, Rogers County, Oklahoma

**<u>PENDING FACILITY ACTION</u>**

Dear Mr. Fares:

The Oklahoma Department of Environmental Quality (DEQ) has received and reviewed an application from the above referenced facility for an initial construction permit for a new Part 70 source. Pursuant to the Oklahoma Uniform Environmental Permitting Act, DEQ may request supplemental submissions to assist in the required technical review. See 27A O.S. § 2-14-202(B)(1) ("[T]he Department shall have the power and duty to: … Evaluate applications for administrative and technical completeness pursuant to requirements of the Code and rules promulgated thereunder and, when necessary to determine such completeness, request changes, revisions, corrections, or supplemental submissions … "). Accordingly, DEQ requests the following revisions, corrections, and/or supplemental information:

1. Please address the requests in Attachment 1, Best Available Control Technology ("BACT") Clarification Request. In general, the attachment requests the following:
   - Further explanations supported by references and technical data where broad statements were used to justify BACT decisions;
   - For proposed emission limits based on RACT/BACT/LAER Clearinghouse (RBLC) data, provide the full data extraction reviewed for that limit;
   - Clarification of BACT limits where there are inconsistencies with RBLC data;
   - Demonstrations of how limits are reflective of reductions proposed in Step 3; and
   - References to support all financial reviews for all inputs and variables.
2. Please address the requests in Attachment 2, Emission Calculations Clarification Request. In general, the attachment requests the following:
   - Support for uncontrolled emissions, capture efficiencies, and safety factors;
   - Heat ratings and fuel usage for fuel burning equipment (where missing); and
   - Clarification for inconsistencies between proposed BACT limits and emission calculations.
3. Please submit modeling, including:
   - Final submittal on background source inventory and model parameters for final DEQ approval;
   - Final documentation on the proposed use of atypical events (i.e., exceptional events) to refine background monitoring data for the annual $PM_{2.5}$ NAAQS evaluation;
   - NAAQS and PDS Increment (Class I and Class II) evaluations;
   - Class I Area Air Quality Related Value (AQRV) analyses; and

Oklahoma Primary Aluminum                                                                                    Page 2
2026-0100-C (PSD)

- NSR additional impact analyses for growth, soils, and vegetation.
4. Please provide a monitoring protocol for the NSR regulated pollutant fraction of total fluoride emissions, if modeling demonstrates that the monitoring threshold has been exceeded.

On Tuesday, June 30, 2026, OPA provided DEQ a schedule for future submittals of addendums to the application, detailed in the table below. Based on that schedule, OPA will submit the following outstanding information to DEQ by the following dates:

| Target Date | Milestone |
| --- | --- |
| July 7, 2026 | OPA submits an explanation of the proposed approach for PSD fluoride deposition modeling via e-mail |
| July 31, 2026 | OPA submits planned updates related to engineering revisions and requests documented in this letter |
| July 31, 2026 | OPA submits Class II modeling report for all pollutants including an addendum for the additional impact analyses for the NSR regulated pollutant fraction of total fluoride |
| September 26, 2026 | OPA submits the total fluoride assessment (including HF) to DEQ |

DEQ is required to review and either issue or deny applications for this type of permit within 365 days, pursuant to OAC 252:4-7-31, and that the DEQ review timeline is suspended during "requests for supplemental information." See OAC 252:4-7-9(3). Consequently, the review time for DEQ is extended by the amount of time it takes the applicant to provide the requested supplemental information. See OAC 252:4-7-10. The status of this permit application will be placed in "Pending Facility Action" pending receipt of all the requested information. Please forward the requested information to:

Attention: Alexandria Mills
Oklahoma Department of Environmental Quality
Air Quality Division
707 N. Robinson
P.O. Box 1677
Oklahoma City, OK 73101-1677

Or via e-mail at Alexandria.Mills@deq.ok.gov

If you have any questions regarding this matter, please contact the permit writer at (405) 702-4195 or via e-mail at Alexandria.Mills@deq.ok.gov. Thank you for your cooperation.

Sincerely,

Kendal Stegmann
Division Director
**AIR QUALITY DIVISION**

**Attachment 1, BACT Clarification Request**                    **June 29, 2026**

*Please update the BACT and application based on the comments and questions below (as needed). In addition, please respond to each comment here indicating how the concern was addressed or why it was not addressed.*

**GENERAL**

1. BACT is a top-down process.
   a. In Step 2, the analysis should review the technical constraints related to the proposed technologies. A control technology cannot be eliminated for any other reason in this step. **Broad statements do not meet the requirements of a top-down BACT.** Any elimination of a control technology should be supported with specific technical information.
   b. In Step 3, the BACT analysis provided in general proposes a control efficiency range for each technology. BACT is an emissions limitation based on the maximum degree of reduction. When referencing the emissions section of the application, it is evident that the maximum reduction stated in Step 3 is not always the one that was chosen.
      i. Please state the selected percent reduction for each control technology listed in Step 3.
      ii. Please support the selected percent reduction with references.
      iii. Please justify how the proposed BACT emissions limit (in Step 5) represents the maximum degree of reduction selected.
   c. In Step 4, the top-ranked control technology should be evaluated in consideration of energy, environment, and economics. If the top-ranked technology is eliminated for any of those reasons, the analysis moves to the second-ranked technology and so on. **Broad statements do not meet the requirements of a top-down BACT analysis.** When evaluating economics, the analysis should be based on a cost/ton of pollutant removed. All references for inputs to an annualized economic analysis should be documented and supported.

2. For each proposed emission limit, please provide a pollutant and process specific table of the data reviewed in support of establishing a BACT emission limit. This should include all relevant RBLC data at a minimum for the past 10 years and longer as appropriate. This information should support the conclusion that the selected BACT emission limit represents the maximum degree of reduction.

3. Please address applicability of NSPS Subpart Dc and NESHAP Subpart SSSS.

4. Please provide an updated process flow diagram depicting release points.

5. Please address anode off gassing. Where will this activity take place? Where are the emissions from this activity being accounted?

6. Please address sacrificial anodes. Will these be utilized at this facility? If so, how and where will they be made? How will they differ from regular anodes?

7. The BACT analysis for the below sources only addressed PM, PM10, and PM2.5. Please provide a description of the following activities and indicate how these activities will not be a source of other emissions including but not limited to fluoride and/or HAP emissions. AP-42 indicates the anode bake ovens have emissions of fluorides due to the recycled anode butts. Please indicate how the anode butts are a source of fluoride emissions. Please indicate if handling this material is a source of fluoride emissions. In the Potline Services and Carbon Area Services, two cast iron melting induction furnaces are included as a source of particulate emissions. Please provide an explanation as to why these will not also be sources of combustion emissions.

| Category | Source ID | Description |
|---|---|---|
| 3.3.2 Potline Services | 341-1 | Cast Iron Melting Induction Furnace |
| | 342-2 | Pot Delining |
| | 344-1 | Crucible Repair Station |
| | 344-2 | Crucible Cleaning Machine |
| | 344-3 | Tube Cleaning Machine |
| 3.3.5 Solid Material Storage Silos | 810-1 | Alumina Storage #1 |
| | 810-2 | Alumina Storage #2 |
| | 820-1 | AlF3 Handling and Storage |
| | 830-1 | CPC Storage #1 |
| | 830-2 | CPC Storage #2 |
| | 830-3 | CPC Buffer Silo |
| | 250-4 | Pure Bath Silo |
| | 260-2 | Carbon recycled material storage |
| | 328-1 | Fresh Alumina Handling & Storage 1 |
| | 328-2 | Fresh Alumina Handling & Storage 2 |
| 3.3.9 Carbon Area Services | 220-1 | Anode Cleaning & Slot Cutting |
| | 220-2 | Anode Cleaning & Slot Cutting |
| | 240-1 | Butt Cleaning |
| | 240-2 | Butt Pre-cleaning |
| | 240-4 | Butt & Thimble Press |
| | 240-6 | Cast Iron Recycling |
| | 240-7 | Cast Iron Melting Induction Furnace |
| | 240-8 | Stem Brushing |
| | 250-2 | Bath Processing Facility |
| | 260-1 | Butts Crushing |
| 3.3.10 Material Handling | 240-5 | Butt Transfer Car |
| | 250-1 | Bath Handling and Storage |
| | 250-3 | Cavity Bath Handling |

| | | |
|---|---|---|
| | 324-1 | Fluorinated Alumina Handling #1 |
| | 324-2 | Fluorinated Alumina Handling #2 |
| | 325-1 | Crushed Bath Handling #1 |
| | 325-2 | Crushed Bath Handling #2 |
| | 326-1 | Anode cover material, PTM room A1-1 |
| | 326-2 | Anode cover material, PTM room A1-2 |
| | 326-3 | Anode cover material, PTM room A2-1 |
| | 326-4 | Anode cover material, PTM room A2-2 |
| | 326-5 | Anode cover material, PTM room B1-1 |
| | 326-6 | Anode cover material, PTM room B1-2 |
| | 326-7 | Anode cover material, PTM room B2-1 |
| | 326-8 | Anode cover material, PTM room B2-2 |
| | 900-1 | Vacuum Barge Unloader Al2O3 |
| | 900-2 | Vacuum Barge Unloader CPC |
| | 900-3 | Raw Material Handling Al2O3 |
| | 900-4 | Raw Material Handling CPC |

### 3.3.1 Potroom 1A, 1B, vented through GTC with FGD and roof vents
*(321-1, 321-2, 321-3, 321-4, 322-1 and 322-2)*

1. For the $SO_2$ wet scrubbers (Step 4), the BACT economic support calculation used a useful life of 20 years for the scrubber. The email response to the FLM stated this was based on "The USEPA Air Pollution Control Manual April 2021 manual states that 50% of scrubbers at coal-fired power plants have remained operational beyond 20 years of life, which also means that 50% of scrubbers have not remained operational beyond 20 years of life. Given that performance beyond 20 years is uncertain, 20 years was determined to be appropriate for this application." The statistic above would indicate that 50% of wet scrubbers operated longer than 20 years making this the floor and not the ceiling. Further, the EPA Air Pollution Control Cost Manual (April 2021) estimates a useful life for acid gas scrubbers of 20-30 years.  The EPA has supported a useful life of 30 years in the FIP/SIP review for multiple states including Arkansas' SIP addressing Regional Haze Implementation in 80 FR 18944. Please provide additional data to support that a wet scrubber would have a useful life of less than 30 years.

2. For the $SO_2$ wet scrubbers (Step 4), the economic analysis uses an interest rate of 7.75%. This is higher than the current bank prime rate. Please provide additional documentation to support this firm-specific rate.

3. For the $SO_2$ wet scrubber economic analysis (Step 4), please provide references and assumptions for all inputs and variables.

4. In Step 4 for the $SO_2$, the dry scrubber should not be eliminated on the basis of being less effective than the wet scrubber. Control technologies can only be eliminated in this step due to

energy, cost, or environmental reasons. Control technologies eliminated on the basis of cost should conduct a full economic evaluation in terms of an annualized cost/ton removed.

5. For $PM/PM_{10}/PM_{2.5}$, the BACT review addresses a fabric filter (alone), electrostatic precipitator, venturi scrubber, and cyclone. This review does not consider the potential reduction due to dry alumina scrubbers nor a combination of control technologies. Based on BACT evaluations as well as the EU BAT conclusions document dated June 13, 2016, potential control technologies for particulate matter from potlines consist of (1) a dry alumina scrubber followed by a baghouse and (2) a dry alumina scrubber followed by a bag filter and a wet scrubber. Further, cyclones were eliminated prior to Step 2 since they are "primarily used as pre-treatment devices and are not considered a best available control technology." This control technology is technically feasible. Please update the BACT review to further address dry alumina scrubbers, cyclones and the potential combination of control technologies.

6. In Step 2 for $PM/PM_{10}/PM_{2.5}$, a WESP was eliminated as technically feasible since "WESP introduces water to control the particulates and to wash the charge plates, which impedes the ability to collect fluorinated alumina suitable for recycling back to the electrolysis cells (a critical process step)." This is not an adequate justification for a technology being technically infeasible. The control of particulate matter with a WESP is technically feasible on an engineering design basis. Please update the BACT review and further address WESP in subsequent steps.

7. In Step 5, BACT $PM/PM_{10}/PM_{2.5}$ emission limits were proposed as 4.88 lb/ton, 2.1 lb/ton, and 2.1 lb/ton, respectively for the potrooms and associated roof vents. These limits are based on the entry in the RBLC database for KY-0099 Process Type 82.111 sources (3 Potlines) from a 2010 permit action. When establishing BACT limits, Federal Standards and the data obtained in the RBLC are considered the BACT floor not the ceiling. An emission limit cannot be less stringent than an applicable standard, however, the standard and RBLC data do not necessarily represent the maximum degree of reduction. The lb/ton values calculated in the emissions section are lower in comparison to the proposed BACT limits based on the estimated potential emissions obtained from stack testing at EGA – Al Taweelah.

**Combined Emissions from Emission Section for Comparison to Proposed BACT**

| Source ID | Description | Emissions (lb/ton) | | |
|---|---|---|---|---|
| | | PM | PM10 | PM2.5 |
| 321-1, 321-2, 322-1 | Potroom 1A-1, 1B-1, vented through GTC 1 with FGD and roof vents | 2.173 | 1.286 | 0.747 |
| 321-3, 321-4, 322-2 | Potroom 1A-2, 1B-2, vented through GTC 2 with FGD and roof vents | 2.173 | 1.286 | 0.747 |

The EU BAT conclusions document dated June 13, 2016, describes a total particulate (dust) emission level from electrolytic cells and roof vents as ≤ 0.6 kg/metric ton Al (~1.2 lb/us ton Al). Based on the permits for several European facilities, these sources (electrolytic cells and roof vents) are permitted at the levels shown in the table below. The permit limits for these facilities are evidence of a greater level of reduction in PM emissions than those in the RBLC database as well as the NESHAP standard.

| Facility Name | Location | PM (Dust) kg/ton (lb/ton) |
|---|---|---|
| Alcoa Lista | Norway | 1.2 (2.4) |
| Alcoa Norway AS Mosjøen | Norway | 0.45 (0.90) |
| Hydro Aluminium Husnes | Norway | 1.0 (2.0) |
| Hydro Aluminium Høyanger | Norway | 0.60 (1.20) |
| Hydro Aluminium Karmøy | Norway | 1.0 (2.0) – Old Plant 0.6 (1.20) – New Plant |
| Hydro Aluminium Sunndal | Norway | 0.75 (1.50) |
| Aluminium AS, Årdal metallverk | Norway | 0.80 (1.60) |
| Rio Tinto Iceland Ltd. | Iceland | <330,000 Tons Al – 1.2* (1.4) >330,000 Tons Al – 0.95* (1.90) |
| Century Aluminum | Iceland | 1.0* (2.00) |
| Alcoa | Iceland | 1.0* (2.00) |

* Annual Average

The RBLC database is important for establishing control technologies and emission levels. However, it cannot be substituted for a case-by-case analysis. Emission limits for this source should consider source specific factors as well as the maximum degree of control obtained from the top-ranked control technology. **Please revise the BACT emission limits based on the maximum achievable reduction capable for this facility.**

8. For Step 5 for $PM/PM_{10}/PM_{2.5}$, the emission rates selected for these sources were based on RBLC ID KY-0099. The PM and PM10 limits for this source reference an averaging period of 3 hours. The BACT analysis states compliance will be demonstrated on a semi-annual average basis. Please provide a case-by-case explanation as to why this source will not demonstrate compliance at a frequency consistent with the RBLC entry.

9. For Step 5 for $PM/PM_{10}/PM_{2.5}$, the emission calculation section indicates the control will have an efficiency of 99.85% - 99.62% for $PM/PM_{10}/PM_{2.5}$. Please indicate how the proposed BACT limit is reflective of these reduction rates. Additionally, the BACT analysis indicates a baghouse will have a control efficiency of up to 99.9% or more. Please provide additional site-specific information to support a lower reduction.

10. In Step 2 for NOx, SNCR and SCR, it is stated that the exhaust gas from the potlines would be significantly lower than the appropriate temperature window for either of these technologies. What is the expected exhaust temperature from the potlines? Please address the option of preheating the exhaust gas prior to the control such that it would be in the appropriate range. SCR: The BACT review states the expected $NO_X$ concentration is lower than the effective control range for an SCR. What is the effective NOx concentration loading for this control? What is the NOx concentration from this source?

11. For CO, BACT was proposed as good work practices with a limit of 211 lb/ton. This numerical limit was established based on EGA-Al Taweelah data plus a safety factor of 25%. The RBLC entry for KY-0070 lists a CO emission limit of 57.413 lb/ton. This is significantly lower than what was proposed for OPA. Please provide a case-by-case explanation of why the same reduction is not possible at the OPA facility.

12. For TF, the BACT states HF is not an NSR Regulated Pollutant and therefore, it is not subject to PSD BACT review. However, the HF portion is a major source pollutant with emissions greater than 10 TPY. Therefore, this pollutant is subject to State BACT requirements. Please update the BACT review to address both gaseous (including HF) and particulate fluorides.

13. For TF, a fluidized bed dry scrubber with fabric filter was eliminated in Step 2 since the control technology was older, expensive, and no longer available in the US. None of these reasons make the control technology technically infeasible. A BACT analysis should take into account control technologies available both nationally and internationally. Please update the BACT to include a fluidized bed dry scrubber with fabric filter in Step 3.

14. For TF, the BACT review analyzed a fluidized bed dry scrubber with a fabric filter as well as a dry alumina injection scrubber with fabric filter. Based on the EU BAT conclusions document dated June 13, 2016, it is also technically feasible to combine an alumina dry scrubber followed by a bag filter with a wet scrubber. Please update the BACT analysis to include this control technology.

15. For TF, OPA has proposed a BACT numerical limit of 1.02 lb TF/ton Al. The BACT states the maximum reduction from dry alumina scrubbing is 99%. Please provide additional site-specific information to indicate how the limit of 1.02 lb TF/ton Al represents a 99% reduction. In addition, EU BAT conclusions document dated June 13, 2016 claims dry scrubbing can achieve an efficiency of 99.8 – 99.9%. Please provide additional justification to support why the higher reduction is not achievable for this facility.

16. For TF, OPA has proposed a BACT numerical limit based on the RBLC ID SC-0146 of 1.02 lb TF/ton Al. The EU BAT conclusions document dated June 13, 2016, describes a total

particulate (dust) emission level from electrolytic cells and roof vents as $\leq 0.35$ kg/ton Al (~0.70 lb/ton Al). Based on the permits for several European facilities, these sources (electrolytic cells and roof vents) are permitted at the levels shown in the table below. The permit limits for these facilities are evidence of a greater level of reduction in TF emissions than those in the RBLC database as well as the NESHAP standard.

| Facility Name | Location | Total Fluorides (Gaseous and PM) |
|---|---|---|
| | | kg/ton (lb/ton) |
| Alcoa Lista | Norway | 0.5 (1.0) |
| Alcoa Norway AS Mosjøen | Norway | 0.33 (0.66) |
| Hydro Aluminium Husnes | Norway | 0.5 (1.00) |
| Hydro Aluminium Høyanger | Norway | 0.35 (0.70) |
| Hydro Aluminium Karmøy | Norway | 0.4 (0.80) – Old Plant<br>0.25 (0.50) – New Plant |
| Hydro Aluminium Sunndal | Norway | 0.27 (0.54) |
| Aluminium AS, Årdal metallverk | Norway | 0.4 (0.80) |
| Rio Tinto Iceland Ltd. | Iceland | <330,000 Tons Al – 0.6* (1.20)<br>>330,000 Tons Al – 0.5* (1.00) |
| Century Aluminum | Iceland | <330,000 Tons Al – 0.47* (0.94)<br>>330,000 Tons Al – 0.43* (0.86) |
| Alcoa | Iceland | 0.35 (0.70) |

* Annual Average

The RBLC database is important for establishing control technologies and emission levels. However, it cannot be substituted for a case-by-case analysis. Emission limits for this source should consider source specific factors as well as the maximum degree of control obtained from the top-ranked control technology. Please revise the BACT emission limits based on the maximum achievable reduction capable for this facility.

17. The BACT review broadly reviewed add on controls at the roof vents. Add on controls were eliminated as technically feasible since this would require additional hooding, ducting, and fans to direct emissions to the two treatment cents. This review was focused on directing captured emissions to the proposed GTC for the hooded potline emissions. The use of add-on controls are technically feasible. The BACT review for the Century Aluminum Sebree, KY facility dated March 10, 2009, stated there were four facilities with wet scrubbers installed. Three facilities installed wet scrubbers during the original facility installation. The remaining facility installed wet scrubbers on the roof vents as a retrofit. Though a technology or control method is no longer commonly used, this does not make the control technically infeasible. The installation of wet scrubbers at the above facilities is evidence of an add-on control technology being technically feasible for these roof vents. Please update the BACT analysis to continue the top-down BACT analysis for the control of this emission source for each pollutant.

**3.3.2 Potline Services**
*(341-1, 342-2, 344-1, 344-2, 344-3, and 344-4)*

1. In Step 3 for the PM BACT analysis, all three control technologies are presented with a control effectiveness range. The review in Step 4 states "OPA will be selecting the top-ranked control technology, use of fabric filtration….". Considering the maximum degree of reduction for the fabric filter and ESP is the same in Step 3. These technologies would be ranked equally. Labeling fabric filtration as the top-ranked control technology is not accurate. Please update the BACT language in Step 4.

2. In Step 5 for the PM, the emission limit selected as BACT is 0.003 gr/dscf for PM/$PM_{10}$ and 0.0015 gr/dscf for $PM_{2.5}$. Please provide the inlet grain loading rate for these sources. Please include appropriate references for both the inlet and outlet grain loading rates.

3. The emission limit selected as BACT is 0.003 gr/dscf for PM/$PM_{10}$ and 0.0015 gr/dscf for $PM_{2.5}$. Given lower emission limits are achievable for baghouses on similar sources and activities. As an example, the paste mixing and anode cost analysis submitted in the updated BACT cited an outlet concentration of 0.001 gr/dscf. Further, RBLC entries for baghouses in general have limits as low as 0.0002 gr/dscf for PM10 and PM2.5. Please provide additional justification such as an incremental cost analysis, particle size, and/or operating temperature to justify why a lower emission limit would not be achievable on a case specific basis.

4. In Step 5 for the PM, the emission limit selected as BACT was stated as based on RBLC data. Please provide a table of all supporting RBLC entries including the selected entry.

5. The BACT (Step 3) for these sources lists a maximum reduction of 99.9% due to the use of a fabric filter baghouse. In the emissions calculations, all of these sources are listed with a control efficiency less than 99.9%. Please clarify and update.

| Source ID | Capture Efficiency | Control Efficiency | Control Type | BACT Control |
|---|---|---|---|---|
| 341-1 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 342-2 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 344-1 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 344-2 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 344-3 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 344-4 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |

6. The BACT limit in Step 5 for PM is based on a grain loading rate. Please indicate how the proposed BACT limit is reflective of the reduction rates indicated in Step 3.

### 3.3.3 Casthouse Services
*(460-1, 460-2, 470-1, 470-2, and 470-3)*

1. In Step 3 for the PM BACT analysis, all three control technologies are presented with a control effectiveness range. The review in Step 4 states "OPA will be selecting the top-ranked control technology, use of fabric filtration….". Considering the maximum degree of reduction for the fabric filter and ESP is the same in Step 3. These technologies would be ranked equally. Labeling fabric filtration as the top-ranked control technology is not accurate. Please update the BACT language in Step 4.

2. The emission limit selected as BACT is 0.002 gr/dscf for $PM/PM_{10}$ and 0.001 gr/dscf for $PM_{2.5}$. Please provide the inlet grain loading rate for these sources. Please include appropriate references for both the inlet and outlet grain loading rates.

3. The emission limit selected as BACT is 0.002 gr/dscf for $PM/PM_{10}$ and 0.001 gr/dscf for $PM_{2.5}$. Given lower emission limits are achievable for baghouses on similar sources and activities. As an example, the paste mixing and anode cost analysis submitted in the updated BACT cited an outlet concentration of 0.001 gr/dscf. Further, RBLC entries for baghouses in general have limits as low as 0.0002 gr/dscf for PM10 and PM2.5. Please provide additional justification such as an incremental cost analysis, particle size, and/or operating temperature to justify why a lower emission limit would not be achievable on a case specific basis.

4. In Step 5 for the PM, the emission limit selected as BACT was stated as based on RBLC data. Please provide a table of all supporting RBLC entries including the selected entry.

5. The BACT (Step 3) for these sources lists a maximum reduction of 99.9% due to the use of a fabric filter baghouse. In the emissions calculations, all of these sources are listed with a control efficiency less than 99.9%. Please clarify and update.

| Source ID | Capture Efficiency | Control Efficiency | Control Type | BACT Control |
|---|---|---|---|---|
| 460-1 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 460-2 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 470-1 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 470-2 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 470-3 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |

6. The BACT limit in Step 5 for PM is based on a grain loading rate. Please indicate how the proposed BACT limit is reflective of the reduction rates indicated in Step 3.

**3.3.4 Casthouse VOC Usage**
*(430-2, 430-4, and 430-5)*

1.  For Step 2 ink marking operations, the use of UV-curable inks and capture/destruction technologies were eliminated as technically infeasible. The open environment was cited as the basis for these eliminations. Please provide additional case-by-case information as to why these methods would not be feasible at this facility. Please provide additional information on the process, cooling, and timing for the operations.

2.  For Step 3, please provide additional justification and references to support the range in reduction of emissions claimed for all the remaining control technologies for both ink marking and mold coating.

3.  Capture and destruction technologies were eliminated for mold coating operations as economically infeasible based on an expected VOC emission rate of less than 5 TPY. Please provide a cost evaluation on $/ton removed for each applicable capture and destruction technology.

4.  The BACT emissions limit is established as 2.4 lb VOC/gal for mold coating and 5.0 lb VOC/gal for marking. Please provide references such as manufacture data, RBLC data, etc. for the basis of this emission limit. Please provide all data evaluated (including but not limited to RBLC data) when determining a proposed limit. Please indicate how the proposed limit is reflective of the maximum reduction proposed in Step 3. Note: the emissions section for these sources does not list a control efficiency.

**3.3.5 Solid Material Storage Silos**
*(810-1, 810-2, 820-1, 830-1, 830-2, 830-3, 250-4, 260-4, 328-1, and 328-2)*

1.  The descriptors for the sources in this section are "storage", "silos", and "handling". Please provide an individual description and detailed process description of each source. Wet suppression was eliminated as technically feasible in step 2 since the material cannot become wet. Additional technical information about the process is required to support this conclusion. Note: wet suppression would be considered technically feasible for storage piles and transfer points in silo areas.

2.  The BACT (Step 3) for these sources lists a maximum reduction of 99.9% due to the use of a fabric filter baghouse. In the emissions calculations, all of these sources are listed with a control efficiency less than 99.9%. Please clarify and update.

| Source ID | Capture Efficiency | Control Efficiency | Control Type | BACT Control |
|---|---|---|---|---|

| 810-1 | 90% | 99.0% | Fabric Filter Bin Vent | 99.9% |
|---|---|---|---|---|
| 810-2 | 90% | 99.0% | Fabric Filter Bin Vent | 99.9% |
| 820-1 | 90% | 99.0% | Fabric Filter Bin Vent | 99.9% |
| 830-1 | 90% | 99.0% | Fabric Filter Bin Vent | 99.9% |
| 830-2 | 90% | 99.0% | Fabric Filter Bin Vent | 99.9% |
| 830-3 | 90% | 99.0% | Fabric Filter Bin Vent | 99.9% |
| 250-4 | 90% | 99.0% | Fabric Filter Bin Vent | 99.9% |
| 260-2 | 100% | 99.0% | Fabric Filter Bin Vent | 99.9% |
| 328-1 | 100% | 99.0% | Fabric Filter Bin Vent | 99.9% |
| 328-2 | 100% | 99.0% | Fabric Filter Bin Vent | 99.9% |

3. The emission limit selected as BACT is 0.005 gr/dscf for $PM/PM_{10}$ and 0.0025 gr/dscf for $PM_{2.5}$. Please provide the inlet grain loading rate for these sources. Please include appropriate references for both the inlet and outlet grain loading rates.

4. The emission limit selected as BACT is 0.005 gr/dscf for $PM/PM_{10}$ and 0.0025 gr/dscf for $PM_{2.5}$. Given lower emission limits are achievable for baghouses on similar sources and activities. As an example, the paste mixing and anode cost analysis submitted in the updated BACT cited an outlet concentration of 0.001 gr/dscf. Further, RBLC entries for baghouses in general have limits as low as 0.0002 gr/dscf for PM10 and PM2.5. Please provide additional justification such as an incremental cost analysis, particle size, and/or operating temperature to justify why a lower emission limit would not be achievable on a case specific basis.

5. The BACT limit in Step 5 for PM is based on a grain loading rate. Please indicate how the proposed BACT limit is reflective of the reduction rates indicated in Step 3.

### 3.3.6 Paste Material Handling and Preparation Operations
*(210-1, 210-2, 210-3, 210-4, and 210-5)*

1. Please provide an individual description and detailed process description of each source. A venturi scrubber was eliminated as technically feasible in Step 2 since the material cannot become wet. Additional technical information about the process is required to support this conclusion.

2. The BACT (Step 3) for these sources lists a maximum reduction of 99.9% due to the use of a fabric filter baghouse. In the emissions calculations, all of these sources are listed with a control efficiency less than 99.9%. Please clarify and update.

| Source ID | Capture Efficiency | Control Efficiency | Control Type | BACT Control |
|---|---|---|---|---|
| 210-1 | 90% | 99.0% | Fabric Filter | 99.9% |
| 210-2 | 90% | 99.0% | Fabric Filter | 99.9% |
| 210-3 | 90% | 99.0% | Fabric Filter | 99.9% |
| 210-4 | 100% | 99.0% | Fabric Filter | 99.9% |

| 210-5 | 100% | 99.0% | Fabric Filter | 99.9% |
|---|---|---|---|---|

3. The emission limit selected as BACT is 0.005 gr/dscf for PM/PM$_{10}$ and 0.0025 gr/dscf for PM$_{2.5}$. Please provide the inlet grain loading rate for these sources. Please include appropriate references for both the inlet and outlet grain loading rates.

4. The emission limit selected as BACT is 0.005 gr/dscf for PM/PM$_{10}$ and 0.0025 gr/dscf for PM$_{2.5}$. Given lower emission limits are achievable for baghouses on similar sources and activities. As an example, the paste mixing and anode cost analysis submitted in the updated BACT cited an outlet concentration of 0.001 gr/dscf. Further, RBLC entries for baghouses in general have limits as low as 0.0002 gr/dscf for PM10 and PM2.5. Please provide additional justification such as an incremental cost analysis, particle size, and/or operating temperature to justify why a lower emission limit would not be achievable on a case specific basis.

5. The BACT limit in Step 5 for PM is based on a grain loading rate. Please indicate how the proposed BACT limit is reflective of the reduction rates indicated in Step 3.

### 3.3.7 Paste Mixing and Anode Forming Operations
*(210-6 and 210-7)*

1. For the PM baghouse economic analysis, please provide references and assumptions for all inputs and variables. Please provide a description of how "PM removed" was calculated.

2. The PM baghouse economic analysis uses an interest rate of 7.75%. This is higher than the current bank prime rate. Please provide additional documentation to support this firm-specific rate.

3. The PM baghouse economic analysis used a useful life of 15 years for the baghouse. The EPA Air Pollution Control Cost Manual (April 2021) estimates a useful life of 20 years.  Please provide additional data to support that a baghouse would have a useful life of less than 20 years.

4. For the PM baghouse economic analysis, the inlet PM concentration is 0.01 gr/dscf and the outlet concentration is 0.001 gr/dscf. This is equivalent to a 90% control efficiency. Given baghouses can achieve a control efficiency of 99.9% or greater, this economic analysis should reflect those reduction levels.

5. In Step 5 for PM, OPA has proposed PM emissions limits only. Please also address PM$_{10}$ and PM$_{2.5}$.

6. In Step 5 for PM, please indicate how the proposed BACT limit is reflective of the reduction rates indicated in Step 3.

7. In Step 3 for the VOC, PAH, and Coal Tar Pitch, all three control technologies are presented with a control effectiveness range. The review in Step 4 states "OPA is proposing to use RTO control, which is the top-ranked control technology." Considering the maximum degree of reduction for the RTO and CTO is the same in Step 3. These technologies would be ranked equally. Labeling the RTO as the top-ranked control technology is not accurate. Please update the BACT language in Step 4.

8. In Step 5 for VOC, PAH, and Coal Tar Pitch, OPA proposes a reduction efficiency of 95% for both VOC and PAH using an RTO. In Step 3, an RTO was listed with a reduction efficiency of up to 99%. Given the maximum control effectiveness is 99%, additional support is necessary to support a lower destruction efficiency. Please revisit Step 4 to evaluate the proposed reduction in terms of energy, environment and economics.

9. For $SO_2$, emissions limits were established based on RBLC IDs SC-0037, KY-0070, and other operating aluminum smelter facilities in the U.S. The emission calculations state the emission factor for this source is based on EGA - Al Taweelah data and a 10% safety factor. Please provide the data from these facilities used to develop an emission limit of 0.039 lb/ton of green paste. Please confirm how the BACT emission limit was developed.

### 3.3.8 Anode Baking Furnaces
*(230-1 and 230-2)*

1. In Step 3 for PM, all three control technologies are presented with a control effectiveness range. The review in Step 4 states "OPA is proposing the top-ranked control technology, use of fabric filtration." Considering the maximum degree of reduction for the fabric filter baghouse and ESP is the same in Step 3. These technologies would be ranked equally. Labeling fabric filtration as the top-ranked control technology is not accurate. Please update the BACT language in Step 4.

2. In Step 5 for PM, please indicate how the proposed BACT limit is reflective of the reduction rates indicated in Step 3.

3. In the emission calculations for PM, it is indicated that the control will have a reduction of 98.7-99% for PM, PM2.5 and PM10. Given in Step 3, a maximum reduction of 99.9% was indicated for fabric filtration, please provide site-specific information to support why a lower reduction was selected.

4. In Step 2 for CO, VOC, and PAH, an oxidation catalyst was eliminated as technically feasible based on the cost of frequent catalyst changes due to sulfur poisoning. On a technical engineering design basis, an oxidation catalyst is able to control CO, VOC, and PAH. Eliminating a technology for economic reasons is done in Step 4. Please update the BACT analysis and continue top-down review of this control technology.

5. In Step 3 for CO, VOC, and PAH, the technically feasible control technologies/practices, are listed according to their range in reduction. Considering this section is evaluating CO, VOC, and PAH, is the degree of reduction assumed to be the same for each of these pollutants? Additionally, please provide support documentation/references for the reduction achievable by utilizing highly efficient burners (combustion technology) and good combustion practices.

6. In Step 4 for CO, VOC, and PAH, the BACT analysis describes various European facilities that have utilized RTO technology to control VOC and PAH emissions. Please note that a control technology no longer being an industry standard does not eliminate it as feasible. However, the analysis continues to propose the use of a highly efficient burner technology (combustion technology) and good combustion practices with the fume treatment center and dry alumina scrubber as BACT. The use of a highly efficient burner technology (combustion technology) and good combustion practices was stated to be the top-ranked control technology. Considering the maximum degree of reduction for this control method and an RTO is the same in Step 3, these technologies would be ranked equally. Labeling combustion technology and good combustion practices as the top-ranked control technology is not accurate. Further, in Step 5 it is stated that this control technology would achieve a control efficiency of greater than 96%. The emission calculations section lists a reduction of 93.5% for PAH, 0% for CO, and 98.6% for condensed tar. This may potentially affect the ranking of the proposed control technology. Please update the BACT review for CO, VOC, and PAH to address these issues. Please provide site-specific information to support why a lower reduction was selected.

7. In Step 5 for CO, VOC, and PAH, the BACT analysis proposes emissions limits in units of lb/ton. The emission limits for CO are based on the Al Taweelah facility. Please provide additional support documents to indicate how these emission limits reflect the reduction for the proposed control technology/method.

8. The EU BAT conclusions document dated June 13, 2016, also lists a wet scrubber as a potential add-on control for PAH emissions. Please address why a wet scrubber was not included as a control for PAH.

9. In Step 4 for $SO_2$, all add on control technologies were eliminated on the basis that "the costs of pollutant removal for the control alternative are disproportionately high when compared to the cost of control". However, no economic analysis was performed for the control

technologies in Step 3. A control technology cannot be eliminated as BACT without a full economic analysis. Please provide an economic analysis on a cost/ton removed basis with all references for selected inputs and assumptions. BACT is a top-down process. In Step 4, the top-ranked control technology should be evaluated in consideration of energy, environment, and economics. If the top-ranked technology is eliminated for any of those reasons, the analysis moves to the second-ranked technology and so on. Broad statements do not meet the requirements of a top-down BACT analysis.

10. In Step 5 for SO2, a production-based emission limit of 3.14 lb/ton green anode is proposed as BACT. Please provide the basis for this limit as well as a table of RBLC data for the similar operations reviewed.

11. In Step 2 for TF, a fluidized bed dry scrubber with fabric filter was eliminated since it is an older technology that is no longer available in the United States. A technology can only be eliminated in Step 2 for technical (engineering) reasons. The availability and age of a technology are not cause for elimination in Step 2. Please update and revise the BACT analysis.

12. In Step 1 for TF, a wet scrubber is identified as a potential control technology. However, it is not address in Step 2, Step 3, Step 4 or Step 5. The EU BAT conclusions document dated June 13, 2016, lists a wet scrubber as a potential add-on control for TF emissions. Please revise the BACT review to address wet scrubbers.

13. In Step 5 for TF, OPA has proposed a BACT limit equivalent to the TF standard for bake furnaces in 40 CFR Part 63, Subpart LL. Federal standards are considered the BACT emission level floor, but not necessarily "the maximum degree of reduction". Please provide the basis for this limit as well as a table of RBLC data for the similar operations reviewed. It is indicated that a dry alumina scrubber is capable of a removal efficiency of 99%. Please provide additional support documents to indicate how these emission limits reflect the reduction for the proposed control technology.

14. For TF, the BACT states HF is not an NSR Regulated Pollutant and therefore, it is not subject to PSD BACT review. However, the HF portion is a major source pollutant with emissions greater than 10 TPY. Therefore, this pollutant is subject to State BACT requirements. Please update the BACT review to address both gaseous (including HF) and particulate fluorides.

15. TF and HF are reflected in the emissions calculations section with a control efficiency of 99.8%. However, the BACT analysis proposes a control technology of 99%. Please clarify why a lower reduction was selected.

16. In Step 5 for $NO_X$, OPA proposes a production based emission limit of 1.07 lb/ton green anode as BACT. This limit is based on data from existing EGA UAE primary aluminum smelter operations. This does not match the emissions section. The emissions section uses an emission factor of 1.098 lb/ton based on data from Al Taweelah. Please update the emission section/BACT such that both sections agree.

17. In Step 3 for $NO_X$, it is indicated that an ultra-low $NO_X$ burner will have a reduction in emissions of approximately 75%. Please provide additional support documents to indicate how these emission limits reflect the reduction for the proposed control technology.

**3.3.9 Carbon Area Services**
*(220-1, 220-2, 240-1, 240-2, 240-4, 240-6, 240-7, 240-8, 250-2, and 260-1)*

1. In Step 3 for the PM BACT analysis, all three control technologies are presented with a control effectiveness range. The review in Step 4 states "OPA will be selecting the top-ranked control technology, use of fabric filtration….". Considering the maximum degree of reduction for the fabric filter and ESP is the same in Step 3. These technologies would be ranked equally. Labeling fabric filtration as the top-ranked control technology is not accurate. Please update the BACT language in Step 4.

2. The emission limit selected as BACT is 0.005 gr/dscf for $PM/PM_{10}$ and 0.0025 gr/dscf for $PM_{2.5}$. Please provide the inlet grain loading rate for these sources. Please include appropriate references for both the inlet and outlet grain loading rates.

3. The emission limit selected as BACT is 0.005 gr/dscf for $PM/PM_{10}$ and 0.0025 gr/dscf for $PM_{2.5}$. Given lower emission limits are achievable for baghouses on similar sources and activities. As an example, the paste mixing and anode cost analysis submitted in the updated BACT cited an outlet concentration of 0.001 gr/dscf. Further, RBLC entries for baghouses in general have limits as low as 0.0002 gr/dscf for PM10 and PM2.5. Please provide additional justification such as an incremental cost analysis, particle size, and/or operating temperature to justify why a lower emission limit would not be achievable on a case specific basis.

4. The emission limit selected as BACT was stated as based on RBLC data. Please provide a table of all supporting RBLC entries including the selected entry.

5. The BACT (Step 3) for these sources lists a maximum reduction of 99.9% due to the use of a fabric filter baghouse. In the emissions calculations, all of these sources are listed with a control efficiency less than 99.9%. Please clarify and update.

| Source ID | Capture Efficiency | Control Efficiency | Control Type | BACT Control |
|-----------|-------------------|-------------------|--------------|--------------|
| 220-1 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 220-2 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 240-1 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 240-2 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 240-4 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 240-6 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 240-7 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 240-8 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 250-2 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 260-1 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |

6. The BACT limit in Step 5 for PM is based on a grain loading rate. Please indicate how the proposed BACT limit is reflective of the reduction rates indicated in Step 3.

### 3.3.10 Material Handling
*(240-5, 250-1, 250-3, 324-1, 324-2, 325-1, 325-2, 326-1, 326-2, 326-3, 326-4, 326-5, 326-6, 326-7, 326-8, 900-1, 900-2, 900-3, and 900-4)*

1. In Step 3 for the PM BACT analysis, all three control technologies are presented with a control effectiveness range. The review in Step 4 states "OPA will be selecting the top-ranked control technology, use of fabric filtration….". Considering the maximum degree of reduction for the fabric filter and ESP is the same in Step 3. These technologies would be ranked equally. Labeling fabric filtration as the top-ranked control technology is not accurate. Please update the BACT language in Step 4.

2. The emission limit selected as BACT is 0.005 gr/dscf for PM/$PM_{10}$ and 0.0025 gr/dscf for $PM_{2.5}$. Please provide the inlet grain loading rate for these sources. Please include appropriate references for both the inlet and outlet grain loading rates.

3. The emission limit selected as BACT is 0.005 gr/dscf for PM/$PM_{10}$ and 0.0025 gr/dscf for $PM_{2.5}$. Given lower emission limits are achievable for baghouses on similar sources and activities. As an example, the paste mixing and anode cost analysis submitted in the updated BACT cited an outlet concentration of 0.001 gr/dscf. Further, RBLC entries for baghouses in general have limits as low as 0.0002 gr/dscf for PM10 and PM2.5. Please provide additional justification such as an incremental cost analysis, particle size, and/or operating temperature to justify why a lower emission limit would not be achievable on a case specific basis.

4. The emission limit selected as BACT was stated as based on RBLC data. Please provide a table of all supporting RBLC entries including the selected entry.

5. The BACT (Step 3) for these sources lists a maximum reduction of 99.9% due to the use of a fabric filter baghouse. In the emissions calculations, all of these sources are listed with a control efficiency less than 99.9%. Please clarify and update.

| Source ID | Capture Efficiency | Control Efficiency | Control Type | BACT Control |
|---|---|---|---|---|
| 240-5 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 250-1 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 250-3 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 324-1 | 100% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 324-2 | 100% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 325-1 | 100% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 325-2 | 100% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 326-1 | 100% | 99.5% | Fabric Filter Baghouse | 99.9% |
| 326-2 | 100% | 99.5% | Fabric Filter Baghouse | 99.9% |
| 326-3 | 100% | 99.5% | Fabric Filter Baghouse | 99.9% |
| 326-4 | 100% | 99.5% | Fabric Filter Baghouse | 99.9% |
| 326-5 | 100% | 99.5% | Fabric Filter Baghouse | 99.9% |
| 326-6 | 100% | 99.5% | Fabric Filter Baghouse | 99.9% |
| 326-7 | 100% | 99.5% | Fabric Filter Baghouse | 99.9% |
| 326-8 | 100% | 99.5% | Fabric Filter Baghouse | 99.9% |
| 900-1 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 900-2 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 900-3 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 900-4 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |

6. The BACT limit in Step 5 for PM is based on a grain loading rate. Please indicate how the proposed BACT limit is reflective of the reduction rates indicated in Step 3.

### 3.3.11 Small Natural Gas-Fired Preheaters (<100 MMBTUH)
*(344-5, 344-6, 430-1, 211-6, 211-7, and 241-10)*

1. For PM Step 5, OPA proposes a BACT limit of 0.0075 lb/MMBTU based on AR-0191. This limit is also consistent with uncontrolled emission factors from AP-42 (4/26) Section 1.4 of 7.6 lb/MMSCF (0.0075 lb/MMBTU). Please provide a table specific to this source for all RBLC sources reviewed. Under RBLC entry from Big River Steel LLC (Registry ID: AR 110056033849), Preheater, Galvanizing Line SN-28 has a BACT limit of 0.0012 lb/MMBTU, which is significantly less than the proposed limit. Please provide further justification to support why the facility cannot meet a lower limit.
2. For NOx Step 2, SCR was eliminated as technically infeasible due to the batch nature of operations. ULNB was also eliminated as technically infeasible due to the open flame operation of the preheater and irregular air flow. There are six heaters included in this BACT analysis. Please provide a description of how each of these emission sources will function. Step 1 of the BACT analysis also states that SCR has not been proposed for any sources in the RBLC. RBLC entry for Big River Steel LLC (FRS 110056033849) dated 4/5/2019 and

11/7/2018, list preheaters for galvanizing (Process code 13.310) with SCR controls as well as low-NOx burners. There are also several boilers and heaters in the RBLC database (Process code 13.310) equipped with ultra-low NOx burners. Please provide further justification to support how these will operate differently in comparison.

3. For NOx Step 5, an emission limit of 0.08 lb/MMBTU was based on RBLC ID IL-0135 for process ID 81.220. Please provide a table specific to this source for all RBLC sources reviewed. Heaters and boilers listed under process code 13.310 have lower emission rates when equipped with low-NOx burners. RLBC ID AR-0159 lists galvanizing line preheaters with a NOx emission limit of 0.035 lb/MMBTU. Even without SCR, Nucor Steel Gallatin proposed 0.069 lb/MMBTU with GCOP. Additionally, AP-42 (4/26) Section 1.4, Table 1.4-1 lists NOx emissions for low NOX burners as 50 lb/MMSCF (0.049 lb/MMBTU) and for low NOX burners with flue gas recirculation as 32 lb/MMSCF (0.031 lb/MMBTU). Please provide additional facility-specific information to justify why the same reduction in emissions is not possible for the heaters at this facility.

4. For $SO_2$ Step 5, OPA proposes a BACT limit of 0.0006 lb/MMBTU based on AR-0191. This limit is also consistent with uncontrolled emission factors from AP-42 (4/26) Section 1.4 of 0.6 lb/MMSCF (0.00058 lb/MMBTU). Please provide a table specific to this source for all RBLC sources reviewed. Based on a search of the RBLC database for process code 81.220, limits were found as low as 0.0005 lb/MMBTU on a 3-hour average (IL-0135, NUCOR STEEL KANKAKEE, INC. dated 4/30/2024).

5. For CO and VOC Step 1, the BACT analysis describes how flaring CO and VOC emissions require exhaust gas temperatures of 1,300 °F and 1,400 °F, respectively. The exhaust gas from the heaters will range from 500 °F to 1,800 °F. In Step 2, flaring is deemed technically infeasible "due to its redundancy or high additional heat input demands". This is not adequate justification for eliminating the flaring of CO and VOC emissions in Step 2. Please clarify why the heaters will have a wide exhaust temperature range. When discussing the RTO and catalytic oxidation, it is stated the exhaust gas will be less than 700 °F. This is not consistent with the information in Step 1.

6. For GHG Step 5, a combined BACT limit is established for all six heaters as 92.2 TPY CO2e. In the emissions section, CO2 emissions for each unit are based on an emission factor of 120,000 lb/MMSCF (117 lb/MMBTU) and 254,758.32 scf/year. A single unit will have emissions of CO2 of 15.285 TPY. Based on the AR6 update, dated August 7, 2024, CO2 is converted to CO2e by a factor of 1. Therefore, CO2e emissions from a single unit are 15.285 TPY. CO2e emissions from all six units would be 91.71 TPY.

**3.3.12 Small Natural Gas-Fired Boiler (<100 MMBTUH)**
*(210-8)*

1.  Step 1 for PM, lists a cyclone as a control technology. However, this control is not mentioned in the subsequent steps. Please update.

2.  Step 2 for PM, discusses emissions expected from the "preheater" exhaust. Please update to address the boiler.

3.  For PM Step 5, OPA proposes a BACT limit of 0.0075 lb/MMBTU based on AL-0342. This limit is also consistent with uncontrolled emission factors from AP-42 (4/26) Section 1.4 of 7.6 lb/MMSCF (0.0075 lb/MMBTU). Please provide a table specific to this source for all RBLC sources reviewed. Based on a search of the RBLC database for process code 13.310, limits for natural gas fired boilers were found as low as 0.0007 lb/MMBTU for RBLC ID IN-0359. Please provide additional support documentation to support that the proposed numerical limit represents the maximum degree of reduction when using the proposed control method of good combustion practices.

4.  For NOx Step 2, SCR, NSCR, and SNCR were all eliminated based on "technically infeasible due to either the low temperature range, inconsistent NOX concentration, temperature, flow rates, or oxygen rich environment." Broad statements are not adequate justifications for eliminating a control technology in a BACT analysis. Please address the individual engineering design limitations of each of the proposed control technologies. Step 1 of the BACT analysis also states that SCR has not be proposed for any sources in the RBLC. RBLC entry for FG LA COMPLEX (RBLC LA-0364) dated 1/6/2020, lists a waste heat boiler (process code 13.310) with SCR controls as well as low-NOx burners.

5.  For $NO_X$ Step 5, an emission limit of 0.011 lb/MMBTU was based on RBLC ID IN-0401 for process ID 13.310. Please provide a table specific to this source for all RBLC sources reviewed. The RLBC lists several boilers with a NOx emission limit of <0.011 lb/MMBTU (Example RBLC IDs (process code 13.310): IL-0133, WI-0284, LA-0391, IL-0130). Further, Step 3 ranks ULNB with a control efficiency of up to 90%. Based on the uncontrolled $NO_X$ emission factor in AP-42 (4/26) Section 1.4 and an efficiency of 90%, emissions from an ultra-low $NO_X$ burner would be 10 lb/scf. Please provide additional facility-specific information to justify the proposed limits.

6.  For CO and VOC Step 1, the BACT analysis describes how flaring CO and VOC emissions require exhaust gas temperatures of 1,300 °F and 1,400 °F, respectively. In Step 2, flaring is deemed technically infeasible since "the exhaust temperatures of these boilers are either above the typical destruction temperature or well below, making the additional heat input unnecessary

or significant. This technology is technically infeasible due to its redundancy or high additional heat input demands." This is not an adequate justification for eliminating the flaring of CO and VOC emissions in Step 2. Please clarify why the boiler will have an exhaust temperature outside the effective range.

7. For GHG Step 5, a BACT limit is established as 9,529 TPY CO2e. In the emissions section, CO2 emissions for each unit are based on an emission factor of 120,000 lb/MMSCF (117 lb/MMBTU) and 3,566,616.48 scf/year. A single unit will have emissions of CO2 of 213.997 TPY. Based on the AR6 update, dated August 7, 2024, CO2 is converted to CO2e by a factor of 1. Therefore, CO2e emissions from a single unit are 213.997 TPY. Proposed CO2e emissions for the boiler are 9,529 TPY. Please provide additional justification for this proposed limit.

### 3.3.13 Casthouse Furnaces (<100 MMBTUH)
*(420-1, 420-2, 420-3, and 420-4)*

1. The Federal rule review for NESHAP Subpart RRR, states the facility will operate Group 1 furnaces and Group 2 furnaces. Please describe which furnaces belong to group 1 or 2. Please indicate if these furnaces will process clean charge with or without reactive fluxing.

2. Will the casthouse furnaces be a source of fluoride emissions?

3. Please provide the burner heat rating in MMBTUH for each furnace.

4. The limits established for the casthouse furnaces are based on RBLC entries for similar facilities. Considering these emission limits result in emissions that are greater than those calculated based on AP-42 (4/26) Section 1.4, please provide an explanation as to why AP-42 is not appropriate for estimating emissions.

5. In Step 2 for PM, the BACT analysis states "ESP, and venturi scrubbing are not technically feasible due the high pressure drops and low particulate concentrations associated with the exhaust stream." This is not an adequate justification for eliminating these controls as technically feasible. Broad statements to not provide the technical support to eliminate a control technology. Please revise the BACT to address the individual engineering design limitations that would make these control technologies technically feasible.

6. In Step 2 for PM, the BACT analysis states "The holding furnaces at the Novelis Corporation, RBLC ID KY-0116, are equipped with baghouse controls, however, the potential emissions from OPA casting furnaces are less than the controlled emissions from the furnaces at Novelis, therefore, they are excluded as unnecessary to meet BACT." This is not an adequate justification for eliminating baghouse controls on a furnace as technically infeasible. The

presence of baghouse control at the Novelis facility are evidence that this control technology is technically feasible. A review of other holding furnaces in the RBLC found baghouse control for RBLC ID: TX-0993 and TX-0953. Please update the BACT analysis for PM emissions at the Casthouse Furnace and continue a full BACT review.

7. In Step 5 for PM, OPA proposed a BACT limit of 0.030 lb/ton for PM and PM2.5 and 0.04 lb/ton for PM10. Please justify why the limit for PM10 would be larger than the limit for PM.

8. In Step 5 for PM, OPA proposed a BACT limit of 0.030 lb/ton for PM and PM2.5 and 0.04 lb/ton for PM10. Please provide a table specific to this source for all RBLC sources reviewed. The proposed limits are based on KY-0116, EU 034 – Holding Furnace #1. This unit is equipped with a baghouse with an expected grain loading rate of 0.002 gr/dscf equivalent to a 98% reduction. Please provide additional justification as to how the furnaces at the facility will be able to meet the limits proposed without any controls. Please indicate how this reflects the maximum reduction.

9. For NOx Step 2, SCR, NSCR, and SNCR were all eliminated based on "technically infeasible due to either the low temperature range, inconsistent NOX concentration, temperature, or flow rates, or oxygen rich environment." Broad statements are not adequate justifications for eliminating a control technology in a BACT analysis. Please address the individual engineering design limitations of each of the proposed control technologies.

10. For NOX Step 2, ULNB is described as having a lower radiative temperature impacting heat distribution. Please describe how this would impact operations for the furnaces. Further, casthouse furnaces are described as having irregular air flow. Please provide additional description of how the casthouse furnaces will operate.

11. For NOX Step 5, OPA has proposed a BACT limit of 0.04 lb/ton based on RBLC ID KY-0116. (Note there is a typo above the table in this section that proposes a limit of 0.03 lb/ton). Please provide a table specific to this source for all RBLC sources reviewed. A search of the RBLC database found furnaces with lower BACT NOx limits. Including the holding furnaces at Logan Aluminum (KY-01030). The NOX limit for the holding furnace reported under RBLC ID KY-0116 is based on a burner emission rate of 0.063 lb NOX/MMBTU, a burner heat rating of 30 MMBTUH, and an aluminum throughput of 367,044 TPY. Low-NOX burners were stated elsewhere in the BACT analysis as able to achieve a reduction of 50%, please provide a justification for how the proposed limit is reflective of this reduction.

12. For SO2 Step 2, the BACT analysis states "For relatively small natural gas-fired sources, post-combustion controls, such as wet scrubbers, are technically infeasible and impractical due to the relatively small quantities of SO2 present in the exhaust gas." Please provide additional

justification to support the above statement. Broad statements alone are not justification for eliminating potential control technology.

13. For SO2 Step 5, OPA has proposed a BACT limit of 0.0028 lb/ton based on RBLC ID KY-0116. Please provide a table specific to this source for all RBLC sources reviewed.

14. For CO and VOC Step 1, the BACT analysis describes how flaring CO and VOC emissions require exhaust gas temperatures of 1,300 °F and 1,400 °F, respectively. In Step 2, flaring is deemed technically infeasible since "the exhaust temperatures of these furnaces are either above the typical destruction temperature or well below, making the additional heat input unnecessary or significant. This technology is technically infeasible due to its redundancy." This is not an adequate justification for eliminating the flaring of CO and VOC emissions in Step 2. Please clarify why the furnaces will have an exhaust temperature outside the effective range.

15. For CO and VOC Step 5, OPA has proposed a BACT limit of 0.060 lb CO/ton and 0.030 lb VOC/ton based on RBLC ID KY-0116. Please provide a table specific to this source for all RBLC sources reviewed.

16. For GHG Step 5, a BACT limit is established as 1,076 TPY CO2e. In the emissions section, CO2 emissions for each unit are based on an emission factor of 120,000 lb/MMSCF (117 lb/MMBTU) and 4,458,266.67 scf/year. A single unit will have emissions of CO2 of 267.496 TPY. Based on the AR6 update, dated August 7, 2024, CO2 is converted to CO2e by a factor of 1. Therefore, CO2e emissions from a single unit are 267.496 TPY. Proposed CO2e emissions for the boiler are 1,076 TPY. Please provide additional justification for this proposed limit.

### 3.3.14 Shot Blast Operations
*(240-3, 240-9, and 342-1)*

1. In Step 1 for the PM BACT analysis, the discussion reviews control by fabric filters, esp, venturi scrubber, and cyclones. AP-42 (9/97) Section 13.2.6, lists the following control methods for abrasive blasting: blast enclosures (pressurized and non-pressurized), vacuum blasters, drapes, water curtains, wet blasting, and centrifugal blasters. Please update the BACT review to include all control methods and combinations of control methods.

2. In Step 3 for the PM BACT analysis, all three control technologies are presented with a control effectiveness range. The review in Step 4 states "OPA will be selecting the top-ranked control technology, use of fabric filtration….". Considering the maximum degree of reduction for the fabric filter and ESP is the same in Step 3. These technologies would be ranked equally.

Labeling fabric filtration as the top-ranked control technology is not accurate. Please update the BACT language in Step 4.

3. The emission limit selected as BACT is 0.003 gr/dscf for PM/PM$_{10}$ and PM$_{2.5}$. Please provide the inlet grain loading rate for these sources. Please include appropriate references for both the inlet and outlet grain loading rates.

4. The emission limit selected as BACT is 0.003 gr/dscf for PM/PM$_{10}$ and PM$_{2.5}$. Given lower emission limits are achievable for baghouses on similar sources and activities. As an example, the paste mixing and anode cost analysis submitted in the updated BACT cited an outlet concentration of 0.001 gr/dscf. RBLC-ID MI-0460 (EAST JORDAN FOUNDRY, LLC) confirms an emission rate of 0.001 gr/dscf for PM. However, RBLC-ID AL-0342 (Arcelormittal Calvert) lists a BACT limit for Shotblast and Scale Collection as 0.0004 gr/dscf for PM10. Further, RBLC entries for baghouses in general have limits as low as 0.0002 gr/dscf for PM10 and PM2.5. Please provide additional justification such as an incremental cost analysis, particle size, and/or operating temperature to justify why a lower emission limit would not be achievable on a case specific basis.

5. The emission limit selected as BACT was stated as based on RBLC data. Please provide a table of all supporting RBLC entries including the selected entry.

6. The BACT (Step 3) for these sources lists a maximum reduction of 99.9% due to the use of a fabric filter baghouse. In the emissions calculations, all of these sources are listed with a control efficiency less than 99.9%. Please clarify and update.

| Source ID | Capture Efficiency | Control Efficiency | Control Type | BACT Control |
|---|---|---|---|---|
| 240-3 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 240-9 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |
| 342-1 | 90% | 99.0% | Fabric Filter Baghouse | 99.9% |

7. The BACT limit in Step 5 for PM is based on a grain loading rate. Please indicate how the proposed BACT limit is reflective of the reduction rates indicated in Step 3.

### 3.3.16 Emergency Power
*(315-1 and 315-2)*

1. Please provide a BACT top-down analysis for each pollutant separately. Though proposing a Tier 4 engine with typical add on controls already incorporated into the engine design, the BACT analysis still needs to walk through the full BACT review. Proposal of a Tier 4 engine is considered the BACT floor and not the ceiling.

2.  The facility is proposing a Tier 4 engine as BACT. However, the proposed emission limits for PM and $NO_X$ are higher than the Tier 4 (Table 1 of 40 CFR 1039.101) standards in 40 CFR Part 1039. BACT is to be set at the maximum degree of reduction. Please provide additional case-by-case justification to support limits higher than the Tier 4 emission standards.

### 3.3.17 Cooling Towers
*(450, 213, 430-3, and 241-13)*

1.  The emission calculations for all of these source IDs estimate a level of VOC emissions. VOC were not mentioned in the BACT evaluation. Please clarify and update.

2.  Based on a review of the RBLC database, entries for cooling towers were found with a drift factor lower than that proposed for Oklahoma Primary Aluminum. Please revise the top-down BACT to address these lower factors. Below are the 10 most recent BACT determinations with drift factors less than that proposed.

| RBLC ID | Date | Company/Facility | Process | Process Code | PM Drift Factor |
|---|---|---|---|---|---|
| AR-0191 | 10/2025 | HYBAR | Cooling Towers | 81.290 | 0.0005% |
| AL-0342 | 06/2025 | ARCELORMITTAL CALVERT – NOES | Cooling Towers 1-4 | 99.009 | 0.0005% |
| WI-0329 | 04/2025 | CHS OILSEED PROCESSING | Cooling Tower | 99.009 | 0.0005% |
| LA-0403 | 12/2024 | SHINTCH LOUISIANA – PLAQUEMINE PLANT 4 | C/A and VCM Cooling Towers (3) | 99.009 | 0.0005% |
| LA-0405 | 12/2024 | SHINTCH LOUISIANA – PLAQUEMINE PLANT 2 | Cooling Tower | 99.009 | 0.0005% |
| TX-0983 | 11/2024 | CPV BASIN – RANCH ENERGY CENTER | Cooling Towers | 99.009 | 0.0005% |
| LA-0406 | 07/2024 | MITSUBISHI CHEMICAL AMERICA – GEIMAR SITE | Cooling Tower | 64.999 | 0.0005% |
| AR-0184 | 03/2024 | EXPLORATORY VENTURES | Cooling Towers | 81.290 | 0.0005% |
| AR-0183 | 02/2024 | BIG RIVER STEEL | Cooling Towers | 81.290 | 0.0005% |

| TX-0967 | 02/2024 | QUAIL RUN CARBON CAPTURE PLANT | Cooling Towers | 99.009 | 0.0005% |
|---------|---------|-------------------------------|----------------|--------|---------|

**Attachment 2, Emissions Calculations Clarification Request**          **June 29, 2026**

*Please update the application based on the comments (as needed) and questions below. In addition, please respond to each comment here indicating how the concern was addressed or why it was not addressed.*

**Oklahoma Primary Aluminum Emissions Calculations Questions**

1.  The individual emission calculation tables support the summary table for "Potential Controlled + Allowable". Calculations appear to use controlled data and back calculate potential assuming a certain percentage of control at the Al Taweelah facility. Please provide documentation to support "Uncontrolled Emissions". Please submit documentation supporting assumptions regarding the percentage of control? The BACT analysis evaluates various control technologies based on a control efficiency range. In order to evaluate the BACT analysis, it is necessary to understand the level of reduction being proposed and how these values were determined.

2.  The application states emission factors for various pollutants are based on EGA-Al Taweelah data. The supplemental monitoring summary provided average data for the 2020-2024 period. Please provide additional information about how these values were determined and how they are representative? Please identify how these values were obtained (i.e. testing type and frequency of testing). Please identify the averaging period for this data, for example data may have been collected on a 3-hour average or bi-annual average. Please provide the standard deviation for this data.

3.  The emission factors for various pollutants include a 10-25% safety factor "for difference in the operating environment". Please provide further justification as to how these operating environments differ such that they impact emissions. Considering many of the emission factors developed from EGA's Al Taweelah facility are in units of lb/ton AL and scale is inherently captured, please justify what the safety factor further addresses.

**3.3.1 Potroom 1A, 1B, vented through GTC with FGD and roof vents**
*(321-1, 321-2, 321-3, 321-4, 322-1 and 322-2)*

1.  The application states emissions for VOC are based on data from the Century Aluminum of KY facility. Please provide additional information about the source (i.e. permit number) of this information and how the factors were scaled?

2. The BACT section includes an emission limit for TF based on the potroom groups and associated roof vents as depicted below. When combining the applicable emission points from the emission section, emissions are greater than the proposed BACT. Please clarify.

**Combined Emissions from Emission Section for Comparison to Proposed BACT**

| Source ID | Description | TF Emissions (lb/ton) | | | BACT Limit (lb/ton) |
|---|---|---|---|---|---|
| | | Gaseous TF | PM TF | Total | |
| 321-1, 321-2, 322-1 | Potroom 1A-1, 1B-1, vented through GTC 1 with FGD and roof vents | 0.87 | 0.644 | **1.514** | **1.02** |
| 321-3, 321-4, 322-2 | Potroom 1A-2, 1B-2, vented through GTC 2 with FGD and roof vents | 0.87 | 0.644 | **1.514** | **1.02** |

3. The emission calculations for GHG assume a safety factor of 25% for $CO_2$, $CF_4$, and $C_2F_6$. These emission factors are based on AP-42 Section 12.1, Table 12.1-3. Please provide a facility specific explanation to support why a safety factor is warranted for these factors.

4. For sources 321-1, 321-2, 321-3, and 321-4, emission calculations for this source did not include an estimate of PAH from the roof vents. Considering PAH emissions are emitted during the electrolytic reduction of alumina to aluminum, please provide an explanation as to why PAH will not be emitted during pot tending operations.

### 3.3.2 Potline Services
*(341-1, 342-2, 344-1, 344-2, 344-3, and 344-4)*

1. Controlled emission calculations for this source are based on a flow rate (dscfm) and a grain loading rate (gr/dscf). Please provide uncontrolled emission calculations in order to document the proposed control efficiency. Please include applicable references.

2. These sources are listed with a capture efficiency of 90%. Please provide additional justification to support a capture efficiency of 90%.

| Source ID | Capture Efficiency | Control Efficiency | Control Type |
|---|---|---|---|
| 341-1 | 90% | 99.0% | Fabric Filter Baghouse |
| 342-2 | 90% | 99.0% | Fabric Filter Baghouse |
| 344-1 | 90% | 99.0% | Fabric Filter Baghouse |
| 344-2 | 90% | 99.0% | Fabric Filter Baghouse |
| 344-3 | 90% | 99.0% | Fabric Filter Baghouse |
| 344-4 | 90% | 99.0% | Fabric Filter Baghouse |

### 3.3.3 Casthouse Services
*(460-1, 460-2, 470-1, 470-2, and 470-3)*

1. Controlled emission calculations for this source are based on a flow rate (dscfm) and a grain loading rate (gr/dscf). Please provide uncontrolled emission calculations in order to document the proposed control efficiency. Please include applicable references

2. Emission calculations are based on a grain loading rate of 0.005 gr/dscf for PM/PM10 and 0.0025 gr/dscf for PM2.5. This does not match the updated BACT. Please update the emissions section.

3. These sources are listed with a capture efficiency of 90%. Please provide additional justification to support a capture efficiency of 90%.

| Source ID | Capture Efficiency | Control Efficiency | Control Type |
|---|---|---|---|
| 460-1 | 90% | 99.0% | Fabric Filter Baghouse |
| 460-2 | 90% | 99.0% | Fabric Filter Baghouse |
| 470-1 | 90% | 99.0% | Fabric Filter Baghouse |
| 470-2 | 90% | 99.0% | Fabric Filter Baghouse |
| 470-3 | 90% | 99.0% | Fabric Filter Baghouse |

### 3.3.4 Casthouse VOC Usage
*(430-2, 430-4, and 430-5)*

1. The emission factor for HAPs is listed as total HAP. Please provide a breakdown of HAP emissions on an individual pollutant level.

2. For sources 430-4 and 430-5, the emission factors for VOC and HAPs are listed as based on NSPS Subpart TT and NESHAP Subpart SSSS. Since these activities are not subject to either subpart, please provide a justification as to why these factors are representative of emissions from this source.

3. For sources 430-4 and 430-5, the factors referenced for VOC do not match those listed in NSPS Subpart TT. Please explain how these factors were derived.

### 3.3.5 Solid Material Storage Silos
*(810-1, 810-2, 820-1, 830-1, 830-2, 830-3, 250-4, 260-2, 328-1, and 328-2)*

1. Controlled emission calculations for this source are based on a flow rate (dscfm) and a grain loading rate (gr/dscf). Please provide uncontrolled emission calculations in order to document the proposed control efficiency. Please include applicable references.

2. Some of these sources are listed with a capture efficiency of 90% whereas other sources are listed with a capture efficiency of 100%. Please provide additional justification to support a capture efficiency of 90%.

| Source ID | Capture Efficiency | Control Efficiency | Control Type |
|---|---|---|---|
| 810-1 | 90% | 99.0% | Fabric Filter Bin Vent |
| 810-2 | 90% | 99.0% | Fabric Filter Bin Vent |
| 820-1 | 90% | 99.0% | Fabric Filter Bin Vent |
| 830-1 | 90% | 99.0% | Fabric Filter Bin Vent |
| 830-2 | 90% | 99.0% | Fabric Filter Bin Vent |
| 830-3 | 90% | 99.0% | Fabric Filter Bin Vent |
| 250-4 | 90% | 99.0% | Fabric Filter Bin Vent |
| 260-2 | 100% | 99.0% | Fabric Filter Bin Vent |
| 328-1 | 100% | 99.0% | Fabric Filter Bin Vent |
| 328-2 | 100% | 99.0% | Fabric Filter Bin Vent |

### 3.3.6 Paste Material Handling and Preparation Operations
*(210-1, 210-2, 210-3, 210-4, and 210-5)*

1. Controlled emission calculations for this source are based on a flow rate (dscfm) and a grain loading rate (gr/dscf). Please provide uncontrolled emission calculations in order to document the proposed control efficiency. Please include applicable references.

2. Some of these sources are listed with a capture efficiency of 90% whereas other sources are listed with a capture efficiency of 100%. Please provide additional justification to support a capture efficiency of 90%.

| Source ID | Capture Efficiency | Control Efficiency | Control Type |
|---|---|---|---|
| 210-1 | 90% | 99.0% | Fabric Filter |
| 210-2 | 90% | 99.0% | Fabric Filter |
| 210-3 | 90% | 99.0% | Fabric Filter |
| 210-4 | 100% | 99.0% | Fabric Filter |
| 210-5 | 100% | 99.0% | Fabric Filter |

### 3.3.7 Paste Mixing and Anode Forming Operations
*(210-6 and 210-7)*

1. Emission calculations for these sources are based on the MACT standard of 0.0056 lb PM/ton from NESHAP Subpart LL. However, the updated BACT analysis states BACT emission limits of 0.0052 lb PM/ton are based on data at the existing EGA UAE operation. Please update emission calculations based on this data. Please designate how these values were obtained (i.e.

testing and frequency of testing) and whether the values are controlled or uncontrolled. If a safety factor is applied to these values, please provide further justification as to how these operating environments differ such that they impact emissions.

### 3.3.8 Anode Baking Furnaces
*(230-1 and 230-2)*

1. The emissions factors for $PM_{2.5}$ and $PM_{10}$ are the same, 0.042 lb/ton. However, the lb/hr and TPY emissions differ slightly. Please clarify.

2. The emissions section does not list an emission factor nor emissions for VOC though the BACT section establishes a limit for VOC. Please update emissions for these units to include VOC.

3. $SO_2$ emissions are based on data from Al Taweelah. This section uses an emission factor of 3.24 lb/ton. The BACT section proposes a factor of 3.14 lb/ton. Please clarify.

4. The GHG section lists emissions based on the heat rating and natural gas usage. Please provide the max heat rating for these units in MMBTUH and natural gas usage.

5. In the application, the emission factor for HF is based on the NESHAP Subpart LL TF standard and a ratio of gaseous and particulate fluorides. Please provide additional information on the ratio and how it was developed.

6. Considering these sources have $CO_2$ emissions based on 120,000 $lb/10^6$ scf, the throughput listed below, and the AR6 GWP value for $CO_2$ is 1.0, how were $CO_2e$ emissions estimated for these sources?

| EU ID | Throughput | $CO_2$ Emission Factor | $CO_2$ | $CO_2e$ (excluding $N_2O$) and $CH_4$) |
|---|---|---|---|---|
| | SCF/yr | $lb/10^6$ scf | TPY | TPY |
| 230-1 | ? | 120,000 | 374.495 | ? |
| 230-2 | ? | 120,000 | 374.495 | ? |

### 3.3.10 Material Handling
*(324-1, 324-2, 325-1, 325-2, 326-1, 326-2, 326-3, 326-4, 326-5, 326-6, 326-7, and 326-8)*

1. Controlled emission calculations for this source are based on a flow rate (dscfm) and a grain loading rate (gr/dscf). Please provide uncontrolled emission calculations in order to document the proposed control efficiency. Please include applicable references.

| Source ID | Capture Efficiency | Control Efficiency | Control Type |
|---|---|---|---|
| 324-1 | 100% | 99.0% | Fabric Filter Baghouse |
| 324-2 | 100% | 99.0% | Fabric Filter Baghouse |
| 325-1 | 100% | 99.0% | Fabric Filter Baghouse |
| 325-2 | 100% | 99.0% | Fabric Filter Baghouse |
| 326-1 | 100% | 99.5% | Fabric Filter Baghouse |
| 326-2 | 100% | 99.5% | Fabric Filter Baghouse |
| 326-3 | 100% | 99.5% | Fabric Filter Baghouse |
| 326-4 | 100% | 99.5% | Fabric Filter Baghouse |
| 326-5 | 100% | 99.5% | Fabric Filter Baghouse |
| 326-6 | 100% | 99.5% | Fabric Filter Baghouse |
| 326-7 | 100% | 99.5% | Fabric Filter Baghouse |
| 326-8 | 100% | 99.5% | Fabric Filter Baghouse |

### 3.3.11 Small Natural Gas-Fired Heaters (<100 MMBtu/hr)

*(344-5, 344-6, 430-1, 211-6, 211-7, and 241-10)*

1. For 344-5 and 344-6, The emission factors for $NO_X$ and CO don't match AP-42 Section 1.4, Table 1.4-1 as referenced in the application. Please clarify.

2. Considering these sources have $CO_2$ emissions based on 120,000 lb/$10^6$ scf, the throughput listed below and the AR6 GWP value for $CO_2$ is 1.0, how were $CO_2e$ emissions estimated for these sources?

| EU ID | Throughput | $CO_2$ Emission Factor | $CO_2$ | $CO_2e$ |
|---|---|---|---|---|
| | SCF/yr | lb/$10^6$ scf | TPY | TPY |
| 344-5 | 254,758.32 | 120,000 | 15.285 | 15.370 |
| 344-6 | 254,758.32 | 120,000 | 15.285 | 15.370 |
| 430-1 | 254,758.32 | 120,000 | 15.285 | 15.370 |
| 211-6 | 254,758.32 | 120,000 | 15.285 | 15.370 |
| 211-7 | 254,758.32 | 120,000 | 15.285 | 15.370 |
| 241-10 | 254,758.32 | 120,000 | 15.285 | 15.370 |

### 3.3.12 Small natural gas-fired boilers (<100 MMBtu/hr)

*(210-8)*

1. Considering these sources have $CO_2$ emissions based on 120,000 lb/$10^6$ scf, the throughput listed below and the AR6 GWP value for $CO_2$ is 1.0, how were $CO_2e$ emissions estimated for these sources?

| EU ID | Throughput | CO$_2$ Emission Factor | CO$_2$ | CO$_2$e |
|---|---|---|---|---|
| | SCF/yr | lb/10$^6$ scf | TPY | TPY |
| 210-8 | 3,566,616.48 | 120,000 | 213.997 | 215.179 |

### 3.3.13 Casthouse Furnaces
*(420-1, 420-2, 420-3, and 420-4)*

1. The BACT section lists an emission factor of 0.06 lb/ton for CO. Based on the emission calculations section, CO emissions are equivalent to 0.04 lb/ton. Please clarify.

2. The emission calculations section lists HCL emissions of 0.000 ton/year. Please provide an emission factor and emissions to the first two significant digits.

3. The GHG section mentions factors based on a heat rating or natural gas combustion. What is the max heat rating in MMBTUH and natural gas usage for these units?

4. Considering these sources have CO$_2$ emissions based on 120,000 lb/10$^6$ scf, the throughput listed below and the AR6 GWP value for CO$_2$ is 1.0, how were CO$_2$e emissions estimated for these sources?

| EU ID | Throughput | CO$_2$ Emission Factor | CO$_2$ | CO$_2$e (excluding N$_2$O) and CH$_4$) |
|---|---|---|---|---|
| | SCF/yr | lb/10$^6$ scf | TPY | TPY |
| 420-1 | ? | 120,000 | ? | ? |
| 420-2 | ? | 120,000 | ? | ? |
| 420-3 | ? | 120,000 | ? | ? |
| 420-4 | ? | 120,000 | ? | ? |

### 3.3.15 Paved Roadways
*(120)*

1. Emission calculations for paved roadways include an 85% control efficiency for water flushing. Please provide additional description of this control technique as well as references for the control efficiency. Based on the description of the vehicles, will some of these emissions occur within the building?

**3.3.16 Emergency Power**

*(315-1 and 315-2)*

1. BACT for these emission units are based on purchasing a Tier 4 engine. However, the emission calculations are based on AP-42 uncontrolled factors. These do not reflect emission levels expected from an engine meeting Tier 4 standards. Please update emission calculations.

2. For Source ID 315-1, the lb/hp-hr emission factor for $SO_2$ does not match AP-42 (4/25), Section 3.4 with a fuel sulfur content of 15 ppm as referenced. Please update or provide additional support documentation. The lb/hp-hr emission factors for this source appear to come from AP-42, Section 3.3 for Gasoline and Diesel engines less than 600 HP. Please provide additional documentation to support why these emission factors are representative for an engine over 2,000 HP.

3. For Source ID 315-2, the lb/MMBtu emission factors for $SO_2$ and HAPs do not match AP-42 (4/25), Section 3.3 as referenced. Please update or provide additional support documentation.

**3.3.17 Cooling Towers**

*(450, 213, 430-3, and 241-13)*

1. The emission calculations for all of these source IDs reference an estimated TDS value of 3,500 ppm. How was this value for TDS determined? Please provide all site-specific source data.

2. The emission calculations for all of these source IDs estimate a level of VOC and HAP emissions. How were these estimated? What were the assumptions? What speciated HAPs will be present?

| | |
|---|---|
| **From:** | Lee Warden |
| **To:** | Caitlin Henry |
| **Subject:** | FW: OPA Inola Aluminum Smelter - Supplemental Information Request |
| **Date:** | 07 July 2026, 12:19:44 |
| **Attachments:** | 2026-0100-C PSD PFA Letter 07022026.pdf |
| | Attachment 1_BACT Clarification Request 06292026.pdf |
| | Attachment 2_Emission Carification Request 06292026.pdf |
| | Outlook-gnqonpyk.png |

**From:** Lee Warden <Lee.Warden@deq.ok.gov>
**Sent:** Thursday, July 2, 2026 4:49 PM
**To:** zfares@ega.ae; Jeff Twaddle <jeff.twaddle@erm.com>; Andrew Rengel <andrew.rengel@erm.com>; Gary Keating <gary.keating@erm.com>; Olga Samani <olga.samani@erm.com>; Rob Van Kleeck <rob.vankleeck@erm.com>; Joseph Wills <Joseph.Wills@deq.ok.gov>; Alexandria Mills <Alexandria.Mills@deq.ok.gov>
**Cc:** Kendal Stegmann <Kendal.Stegmann@deq.ok.gov>; Travis Couch <travis.couch@deq.ok.gov>
**Subject:** Fw: OPA Inola Aluminum Smelter - Supplemental Information Request

Mr. Fares:
Please find attached our notice letter placing the application into the status, pending facility action. As we state in the letter, we are requesting supplemental information as detailed in attachments one and two. Please note that the DEQ review timeline is suspended during "requests for supplemental information".

If you have any questions regarding this matter, please feel free to contact me at the contact information below or Alexandra Mills, the permit writer, at (405) 702-4195. Thank you for your cooperation.

| | |
|---|---|
|  | **Lee Warden, P.E.**<br>**Chief Engineer**<br>**Air Quality Division** |
| | (405) 702-4237<br>Lee.Warden@deq.ok.gov<br>https://oklahoma.gov/deq.html<br>707 N. Robinson, Suite 4100, Oklahoma City, OK 73101 |