Case 4:26-cv-00450-SEH-SH     Document 19-30 Filed in USDC ND/OK on 08/11/26     Page 1 of 5

**OKLAHOMA**
PRIMARY ALUMINUM



## Answers Center

A community resource for project information

Home  /  About us  /  **Answers Center**

## Send us your questions

If you have questions that are not addressed on this page, please email **contact@oklahomaprimaryaluminum.com** or drop in to our office on Wednesdays between 1 to 5 pm to speak with a project representative. Our office is located at 8 East Commercial Street in Inola.

Search our Answers Center

## General

| What is the vision and purpose of this project? | + |
| --- | --- |
| What is primary aluminum? | + |

**OKLAHOMA**
PRIMARY ALUMINUM

☰

| | |
|---|---|
| Why was Tulsa Port of Inola chosen for this project? | + |
| Where exactly will the facility be located, and how is the site prepared and zoned for this type of development? | + |
| Where are you in the planning and development process right now? | + |
| What is the anticipated timeline for bringing the project to life? | + |
| How much of Oklahoma Primary Aluminum is American owned? | + |
| Who owns the land where the plant will be constructed? | + |
| Do foreign companies have to follow US laws? | + |
| How is Oklahoma Primary Aluminum responding to Attorney General Gentner Drummond's legal action to stop the proposed facility? | + |

## Community

| | |
|---|---|
| How will you keep the community informed as the project moves forward? | + |
| What types of job opportunities will the facility create for the community? | + |
| How can I apply for a job? | + |
| What is Century Aluminum's track record as a neighbor at its existing locations? | + |
| Will there be any traffic and road impacts from the project? | + |
| Will the project affect property values? | + |

## Economic impact

| | |
|---|---|
| How will this project contribute to Oklahoma's long-term economic growth? | + |
| Why has a TIF been created for this project? | + |

OKLAHOMA
PRIMARY ALUMINUM

What guarantees or claw back provisions protect State taxpayer interests?    +

Is the project directly taking money from Inola taxpayers?    +

What are the short-term and long-term tax implications of the project for Inola and Rogers County?    +

What safeguards are in place to ensure the project does not place an undue tax burden on existing residents?    +

## Environment and safety

What technologies or modern practices will make this facility different from older smelters?    +

What regulations are in place to help protect public safety at the local, state and federal levels?    +

How will nearby residents be protected in the unlikely event of an emergency?    +

How will emissions be controlled and monitored to protect health and safety?    +

How will the plant manage and limit fluoride emissions?    +

What hydrogen fluoride levels will be emitted from the facility, and how does it compare with other smelters?    +

Does fluoride from aluminum smelters harm cattle and the surrounding environment?    +

How will groundwater and soil be protected?    –

To ensure ongoing transparency and accountability, baseline and ongoing soil and groundwater monitoring will be conducted in accordance with regulatory requirements, with results shared publicly with the community.

Oklahoma Primary Aluminum is committed to full compliance with all applicable U.S. environmental regulations, which provide multiple layers of protection for soil, groundwater and waterways.

- The facility will operate under Oklahoma Department of Environmental Quality (ODEQ) Construction and Industrial Stormwater Permits, requiring comprehensive inspection, monitoring and reporting programs, as well as detailed Stormwater Pollution Prevention Plans designed to prevent runoff and groundwater contamination.
- Additional safeguards will be built into the facility's design. Raw materials will be stored in enclosed, impermeable structures, while waste materials will be temporarily contained in sealed concrete bunkers before being transported off-site for recycling or processing, minimizing any risk of soil or groundwater exposure.
- Water management will also be subject to multiple levels of oversight. Industrial wastewater will be processed in accordance with a Tulsa Port of Inola Industrial User Permit before entering the Port's wastewater treatment plant, which itself operates under a separate Oklahoma DEQ discharge permit. This creates two independently regulated and monitored treatment stages.

**OKLAHOMA**
PRIMARY ALUMINUM



Is arsenic released into the environment?   +

Will the facility generate odors?   +

What systems are in place for environmental reporting and monitoring?   +

How does an aluminium smelter differ from smaller businesses in terms of regulation?   +

Are there existing aluminum production facilities near towns and agricultural areas?   +

Why was Oklahoma chosen for this project when the state experiences frequent tornadoes?   +

Can an aluminum production facility and nature really coexist?   +

## Power

What type of power will the facility use, and how will it be sourced?   +

Is there enough electricity to power the facility?   +

## You may also be interested in



### About us

Read more →



### Responsibility

Read more →



### Opportunity

Read more →



News     Answers Center     Contact us     Oklahoma Primary Aluminum is a project of EGA and Century Aluminum

**OKLAHOMA**
PRIMARY ALUMINUM

☰

Copyright 2026 © Aluminum Oklahoma LLC, doing business as Oklahoma Primary Aluminum, a subsidiary of Emirates Global Aluminium PJSC. All Rights Reserved

Copyright 2026 © Aluminum Oklahoma LLC, doing business as Oklahoma Primary Aluminum, a subsidiary of Emirates Global Aluminium PJSC. All Rights Reserved