Case 4:26-cv-00450-SEH-SH     Document 19-31 Filed in USDC ND/OK on 08/11/26     Page 1 of 7

# OKLAHOMA
PRIMARY ALUMINUM



# Answers Center

A community resource for project information

Home  /  About us  /  **Answers Center**

Case 4:26-cv-00450-SEH-SH     Document 19-31 Filed in USDC ND/OK on 08/11/26     Page 2 of 7

**OKLAHOMA**
PRIMARY ALUMINUM

## Send us your questions

If you have questions that are not addressed on this page, please email **contact@oklahomaprimaryaluminum.com** or drop in to our office on Wednesdays between 1 to 5 pm to speak with a project representative. Our office is located at 8 East Commercial Street in Inola.

Search our Answers Center

## General

What is the vision and purpose of this project?  +

What is primary aluminum?  +

Why do we need to make aluminum in the US?  +

Why was Tulsa Port of Inola chosen for this project?  +

Where exactly will the facility be located, and how is the site prepared and zoned for this type of development?  +

Where are you in the planning and development process right now?  +

What is the anticipated timeline for bringing the project to life?  +

# OKLAHOMA
## PRIMARY ALUMINUM

Who owns the land where the plant will be constructed?     +

Do foreign companies have to follow US laws?     +

How is Oklahoma Primary Aluminum responding to Attorney General Gentner Drummond's legal action to stop the proposed facility?     +

## Community

How will you keep the community informed as the project moves forward?     +

What types of job opportunities will the facility create for the community?     +

How can I apply for a job?     +

What is Century Aluminum's track record as a neighbor at its existing locations?     +

Will there be any traffic and road impacts from the project?     +

Will the project affect property values?     +

## Economic impact

**OKLAHOMA**
PRIMARY ALUMINUM

How will this project contribute to Oklahoma's long-term economic growth?     +

Why has a TIF been created for this project?     +

Is the project, EGA or Century Aluminum directly taking money from Oklahoma taxpayers?     +

What guarantees or claw back provisions protect State taxpayer interests?     +

Is the project directly taking money from Inola taxpayers?     +

What are the short-term and long-term tax implications of the project for Inola and Rogers County?     +

What safeguards are in place to ensure the project does not place an undue tax burden on existing residents?     +

## Environment and safety

What technologies or modern practices will make this facility different from older smelters?     +

What regulations are in place to help protect public safety at the local, state and federal levels?     +



**OKLAHOMA**
PRIMARY ALUMINUM

emergency?

How will emissions be controlled and monitored to protect health and safety?     +

How will the plant manage and limit fluoride emissions?     +

What hydrogen fluoride levels will be emitted from the facility, and how does it compare with other smelters?     +

Does fluoride from aluminum smelters harm cattle and the surrounding environment?     +

How will groundwater and soil be protected?     +

How will industrial wastewater from the facility be managed and regulated?     –

Industrial wastewater from the facility will be treated under strict pretreatment standards before being discharged to the Tulsa Port of Inola Wastewater Treatment Plant. The facility will operate under an Industrial User Permit issued by the Tulsa Port of Inola, which includes specific discharge limits, monitoring and reporting requirements.

Is arsenic released into the environment?     +

Will the facility generate odors?     +

What systems are in place for environmental reporting and monitoring?     +

**OKLAHOMA**
PRIMARY ALUMINUM



...or regulation?

| Are there existing aluminum production facilities near towns and agricultural areas? | + |

| Why was Oklahoma chosen for this project when the state experiences frequent tornadoes? | + |

| Can an aluminum production facility and nature really coexist? | + |

## Power

| What type of power will the facility use, and how will it be sourced? | + |

| Is there enough electricity to power the facility? | + |

## You may also be interested in





Case 4:26-cv-00450-SEH-SH        Document 19-31 Filed in USDC ND/OK on 08/11/26        Page 7
of 7



Read more →

Read more →

News        Answers Center        Contact us

Oklahoma Primary Aluminum is a project of EGA and Century Aluminum

Terms and conditions        Privacy Policy        Cookies Policy

Copyright 2026 © Aluminum Oklahoma LLC, doing business as Oklahoma Primary Aluminum,
a subsidiary of Emirates Global Aluminium PJSC. All Rights Reserved