# Exhibit 33

# OKLAHOMA
PRIMARY ALUMINUM

About us          Responsibility          Suppliers          Opportunity



## Answers Center

A community resource for project information



**About us**    **Responsibility**    **Suppliers**    **Opportunity**

# Send us your questions

If you have questions that are not addressed on this page, please email **contact@oklahomaprimaryaluminum.com** or drop in to our office on Wednesdays between 1 to 5 pm to speak with a project representative. Our office is located at 8 East Commercial Street in Inola.

Search our Answers Center

# General

What is the vision and purpose of this project?   +

What is primary aluminum?   +

Why do we need to make aluminum in the US?   +

OKLAHOMA
PRIMARY ALUMINUM

About us          Responsibility          Suppliers          Opportunity

Where exactly will the facility be located, and how is the site prepared and zoned for this type of development?          +

Where are you in the planning and development process right now?          +

What is the anticipated timeline for bringing the project to life?          +

How much of Oklahoma Primary Aluminum is American owned?          +

Do foreign companies have to follow US laws?          +

How is Oklahoma Primary Aluminum responding to Attorney General Gentner Drummond's legal action to stop the proposed facility?          +

# Community

How will you keep the community informed as the project moves forward?                    +

What types of job opportunities will the facility create for the community?                    +

How can I apply for a job?                    +

What is Century Aluminum's track record as a neighbor at its existing locations?                    +

Will there be any traffic and road impacts from the project?                    +

Will the project affect property values?                    +

## Economic impact

How will this project contribute to Oklahoma's long-term economic growth?                    +

## Is the project, EGA or Century Aluminum directly taking money from Oklahoma taxpayers?   –

No. Neither the project, EGA, nor Century Aluminum will directly receive taxpayer dollars. Any tax support would be indirect. At the State level, the State treasurer places the $255 million LEAD package into an interest bearing investment fund. Upon start of operations, for the first 15 years this fund will disburse equal annual payments to PSO, which will then offsetamount those amounts against the project's electricity bill.

The project is expected to generate nearly $1.3 billion in direct, indirect, and induced state and local tax revenues over 30 years. This far exceeds the total value of proposed incentives, and therefore the project will provide a net benefit to Oklahoma taxpayers.

## What guarantees or claw back provisions protect State taxpayer interests?   +

## Is the project directly taking money from Inola taxpayers?   +

## What are the short-term and long-term tax implications of the project for Inola and Rogers County?   +

## What safeguards are in place to ensure the project does not place an undue tax burden on existing residents?   +



# Environment and safety

What technologies or modern practices will make this facility different from older smelters?    +

What regulations are in place to help protect public safety at the local, state and federal levels?    +

How will nearby residents be protected in the unlikely event of an emergency?    +

How will emissions be controlled and monitored to protect health and safety?    +

How will the plant manage and limit fluoride emissions?    +

What hydrogen fluoride levels will be emitted from the facility, and how does it compare with other smelters?    +

Does fluoride from aluminum smelters harm cattle and the surrounding environment?    +

OKLAHOMA
PRIMARY ALUMINUM

About us     Responsibility     Suppliers     Opportunity

How will industrial wastewater from the facility be managed and regulated?     +

Is arsenic released into the environment?     +

Will the facility generate odors?     +

What systems are in place for environmental reporting and monitoring?     +

How does an aluminium smelter differ from smaller businesses in terms of regulation?     +

Are there existing aluminum production facilities near towns and agricultural areas?     +

Why was Oklahoma chosen for this project when the state experiences frequent tornadoes?     +

Can an aluminum production facility and nature really coexist?     +



**OKLAHOMA** PRIMARY ALUMINUM

About us    Responsibility    Suppliers    Opportunity

## Power

| What type of power will the facility use, and how will it be sourced? | + |
|---|---|

| Is there enough electricity to power the facility? | + |

## You may also be interested in



### About us



### Responsibility



### Opportunity

**OKLAHOMA**
PRIMARY ALUMINUM

About us          Responsibility          Suppliers          Opportunity



News          Answers Center          Contact us

**Oklahoma Primary Aluminum is a project of EGA and Century Aluminum**

Terms and conditions

Privacy Policy     Cookies Policy

Copyright 2026 © Aluminum Oklahoma LLC, doing business as Oklahoma Primary Aluminum, a subsidiary of Emirates Global Aluminium PJSC. All Rights Reserved