# Exhibit 37

 

91°

Oklahoma City, OK 73102

< 2 / 2 >  ‖

91°  Sunny  0%

   

REPUBLICAN
MIKE MAZZEI

REPUBLICAN
GENTNER DRUMMOND

0:00 / 1:13

Advertisement

# President Trump calls Gentner Drummond 'fake Republican' in Truth Social post over governor's race

President Donald Trump called Gentner Drummond, who advanced to a gubernatorial runoff election with Mike Mazzei, a "fake Republican" over a controversial aluminum plant in a Truth Social post

 Updated: 10:07 PM CDT Jun 18, 2026   **Editorial Standards** ⓘ



[Addison Kliewer](#) ✉

Special Projects Producer/Digital Editor

President Donald Trump criticized Gentner Drummond in a lengthy Truth Social post on Thursday, calling the Republican candidate for governor a "fake Republican."

Drummond, who is currently Oklahoma's attorney general, **advanced to a runoff election** in the Republican primary alongside Trump-backed candidate **Mike Mazzei**. The president reiterated his endorsement for Mazzei in the Truth Social post, saying the former state lawmaker has Trump's "COMPLETE and TOTAL Endorsement."

Advertisement

Drummond's campaign sent a statement to KOCO after the president's post. While the statement didn't name Trump, it did target Mazzei.

"Oklahomans know Gentner Drummond is his own man. He doesn't answer to political consultants, Washington insiders, or special interests," Matt Parker, the campaign chairman for Drummond, said. "Gentner Drummond has the courage to stand on

principle. Mike Mazzei has spent his career changing positions whenever it's politically convenient. That's the choice in this runoff."

## Controversy over aluminum smelter plant

Most of the president's criticism of Drummond centered around a controversial aluminum smelter plant in Inola, Oklahoma. The project, which is backed by Trump, would be the largest facility of its kind in the U.S.

Drummond **filed a lawsuit** in Rogers County District Court to block the plant.

The Emirates Global Aluminum, which is a state-owned enterprise of the United Arab Emirates, holds a 60% controlling interest in the Oklahoma project, according to a news release from Drummond.

"The controlling hand behind the largest smelter ever proposed on American soil belongs not to Oklahomans, nor even to Americans, but to a foreign sovereign more than 7,000 miles away," Drummond wrote in the petition.

>> *Video Below: Drummond, Mazzei trade attacks as Oklahoma GOP governor runoff begins*





0:00 / 2:20

A Delaware company, Century Aluminum, holds the remaining 40% interest in the facility, according to Drummond.

In the petition, Oklahoma's attorney general also claimed that aluminum production is one of the most polluting heavy-industrial activities to exist, saying it would generate hazardous waste stream, and consume significant amounts of electricity and water, and threaten agriculture in the area.

However, Trump praised the plant in his Truth Social post, saying the project is a "magnificent, Job producing, desperately needed Aluminum Plant that will be one of the best projects ever conceived or built in the Great State of Oklahoma."

Trump said there are very few aluminum plants in the U.S., and producing it is "all about National Security." He said Oklahoma would lead the way if the project continues.

"Very Simply, Mike Mazzei is for this desperately needed Job Producer. Drummond, for his own reasons, is not," Trump said on Truth Social.

## Trump continues to back Mazzei

While both Drummond and Mazzei received about 26% of the vote during the Republican primary for Oklahoma governor, Mazzei received about 1,000 fewer votes than Drummond on Election Day.

But with only two candidates in a runoff, it isn't yet clear how the supporters of the Republican primary candidates who didn't make it to the runoff will vote come Aug. 25.

But Trump continued his attack on Drummond, saying he "is not the right guy, he's got a bad attitude, and he doesn't stand for the Values of Oklahoma."

>> *Video Below: Drummond, Mazzei court rivals' supporters ahead of Oklahoma GOP governor runoff*





0:00 / 2:00

After advancing to the runoff election Drummond addressed his supporters saying the August race is "a choice between results and rhetoric, between conviction and convenience, between proven leadership and political ambition."

"Oklahoma cannot afford another weak politician like Mike Mazzei. A politician who changes with the political winds," Drummond said.

Mazzei touted his endorsement from the president during his own watch party while saying Drummond "should be running in the Democrat primary, not the Republican one."

## Read full statement Drummond's campaign

"Oklahomans know Gentner Drummond is his own man. He doesn't answer to political consultants, Washington insiders, or special interests.

While Mike Mazzei is busy trading his principles for political favor, Gentner is focused on Oklahoma. We aren't paying corrupt political consultants, and Gentner isn't interested in sending taxpayer dollars to a Muslim monarchy to build a smelter that the people of Inola do not want.

Gentner Drummond has the courage to stand on principle. Mike Mazzei has spent his career changing positions whenever it's politically convenient. That's the choice in this runoff," said Matt Parker, the campaign chairman for Drummond, said.

## Read the full Truth Social post

"MAGA Warrior Mike Mazzei is running for Governor in Oklahoma, where I was the ONLY President to win ALL 77 Counties in three straight Elections. Additionally, I won more votes than any Candidate in the State's History! I LOVE Oklahoma, and Mike has my COMPLETE and TOTAL Endorsement for Governor! Meanwhile, his Runoff Election Opponent, Gentner Drummond, is a FAKE Republican.

The Drummonds donated to SLEEPY Joe Biden, and the totally corrupt Lincoln Project, at levels that are shameful — Frankly, that makes him a Radical Left Dumocrat. Additionally, he wants to dethrone a magnificent, Job producing, desperately needed Aluminum Plant that will be one of the best projects ever conceived or built in the Great State of Oklahoma. The group that's doing it is extraordinarily wealthy and, if they don't do it in Oklahoma, they have 20 other sites that would love to have them. We need Aluminum for many reasons, we barely make it in the United States but, in particular, it's all about National Security, and Oklahoma can lead the way. Very simply, Mike Mazzei is for this desperately needed Job Producer. Drummond, for his own reasons, is not — He even SUED, unsuccessfully, to block it. It's going to be the Biggest Aluminum Plant in the Country, and it's all financed and done.

Gentner Drummond has also stated publicly he had "no opinion" on the BOGUS IMPEACHMENT of a gentleman named, President Donald J. Trump (ME!). All Republicans feel the opposite on the Dumocrat inspired Impeachment Hoax. He even SUED to BLOCK a religious based charter school strongly supported by my Administration — Very troubling for Educational Freedom, and an outright attack on Christianity!

Drummond is not the right guy, he's got a bad attitude, and he doesn't stand for the Values of Oklahoma, which must VOTE "MIKE MAZZEI FOR GOVERNOR" on August 25th — HE WILL NEVER LET YOU DOWN! Thank you for your attention to this matter. President DONALD J. TRUMP," the president said on Truth Social.



Make KOCO a preferred source on Google

**Add Preferred Source**

Infinite Scroll Enabled

## TOP PICKS

**Teen dies after drowning emergency at OKANA during his birthday, graduation celebration**

**'I've done nothing wrong': Body camera video shows OKC officer helping US citizen detained by ICE**

**Police: Reports of man with gun at Enid hospital prompts large law enforcement presence**

**Police search for suspect after 1 injured in northwest Oklahoma City shooting**

## SPONSORED CONTENT

**Just Add 1 Drop Of This Household Item To Any Dark Spot and Wait 3 Minutes**

By Gundry MD

**After 60, Leg Strength Comes From One Simple Daily Move**

By ApexLabs

**Surgeons: This Simple Trick Will End Knee Pain & Arthritis Quickly (Try It)**

By Health Weekly

**Women Are Obsessed With These Beautiful Floral Caps**

By imgainting

Powered By Revcontent

KOCO OKLAHOMA CITY

Contact Us

News Team

Apps & Social

Email Alerts


Careers

Internships

Advertise

Digital Advertising Terms & Conditions

Broadcast Terms & Conditions

RSS


EEO Reports

Captioning Contacts

Public Inspection File

Public File Assistance

FCC Applications

News Policy Statements

Licensing


Hearst Television participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.

©2026, Ohio/Oklahoma Hearst Television Inc.

Privacy Notice     DAA Industry Opt Out     Terms of Use     Site Map

Your Privacy Choices/(Opt-Out of Sale/Targeted Ads)