# Exhibit 39



**OKLAHOMA**
PRIMARY ALUMINUM

About us    Responsibility    Suppliers    Opportunity

Answers Center

A community resource for project information

**OKLAHOMA**
PRIMARY ALUMINUM

About us    Responsibility    Suppliers    Opportunity

# Send us your questions

If you have questions that are not addressed on this page, please email **contact@oklahomaprimaryaluminum.com** or drop in to our office on Wednesdays between 1 to 5 pm to speak with a project representative. Our office is located at 8 East Commercial Street in Inola.

Search our Answers Center 🔍

## General

| | |
|---|---|
| What is the vision and purpose of this project? | + |

| | |
|---|---|
| What is primary aluminum? | + |

| | |
|---|---|
| Why do we need to make aluminum in the US? | + |

OKLAHOMA
PRIMARY ALUMINUM

About us        Responsibility        Suppliers        Opportunity

Where exactly will the facility be located, and how is the site prepared and zoned for this type of development?                                                    +

Where are you in the planning and development process right now?                   +

What is the anticipated timeline for bringing the project to life?                        +

How much of Oklahoma Primary Aluminum is American owned?                          –

Emirates Global Aluminium (EGA) owns 60% of the joint venture, and Chicago-based Century Aluminum owns the remaining 40%. Century is a publicly-held American company whose shares trade on Nasdaq.

While EGA is headquartered in the UAE, it has maintained a significant presence in the United States for nearly 30 years. Today, EGA employs more than 200 people in the U.S., including employees at EGA America in St. Louis and EGA Spectro Alloys, an aluminum recycling company in Minnesota.

Oklahoma Primary Aluminum will be an American facility, built in Oklahoma, operated by American workers, and serving American manufacturers. Our goal is to create more than 1,000 high-quality jobs and 9,000 indirect jobs while building the cleanest aluminum production facility in the United States. We are committed to being a strong long-term partner to the Inola community and to operating responsibly and transparently.

OKLAHOMA
PRIMARY ALUMINUM

About us        Responsibility        Suppliers        Opportunity

How is Oklahoma Primary Aluminum responding to Attorney General Gentner Drummond's legal action to stop the proposed facility?          +

## Community

How will you keep the community informed as the project moves forward?          +

What types of job opportunities will the facility create for the community?          +

How can I apply for a job?          +

What is Century Aluminum's track record as a neighbor at its existing locations?          +

Will there be any traffic and road impacts from the project?          +

OKLAHOMA
PRIMARY ALUMINUM

About us        Responsibility        Suppliers        Opportunity

# Economic impact

| | |
|---|---|
| How will this project contribute to Oklahoma's long-term economic growth? | + |

| | |
|---|---|
| Why has a TIF been created for this project? | + |

| | |
|---|---|
| Is the project, EGA or Century Aluminum directly taking money from Oklahoma taxpayers? | + |

| | |
|---|---|
| What guarantees or claw back provisions protect State taxpayer interests? | + |

| | |
|---|---|
| Is the project directly taking money from Inola taxpayers? | + |

| | |
|---|---|
| What are the short-term and long-term tax implications of the project for Inola and Rogers County? | + |

**OKLAHOMA**
PRIMARY ALUMINUM

About us          Responsibility          Suppliers          Opportunity

existing residents?

## Environment and safety

What technologies or modern practices will make this facility different from older smelters?    +

What regulations are in place to help protect public safety at the local, state and federal levels?    +

How will nearby residents be protected in the unlikely event of an emergency?    +

How will emissions be controlled and monitored to protect health and safety?    +

How will the plant manage and limit fluoride emissions?    +

What hydrogen fluoride levels will be emitted from the facility, and how does it compare with other smelters?    +

How will groundwater and soil be protected?                                                          +

How will industrial wastewater from the facility be managed and regulated?                           +

Is arsenic released into the environment?                                                            +

Will the facility generate odors?                                                                    +

What systems are in place for environmental reporting and monitoring?                                +

How does an aluminium smelter differ from smaller businesses in terms of regulation?                 +

Are there existing aluminum production facilities near towns and agricultural areas?                 +

Why was Oklahoma chosen for this project when the state experiences frequent tornadoes?   +

Can an aluminum production facility and nature really coexist?                                        +

**OKLAHOMA**
PRIMARY ALUMINUM

# Power

| What type of power will the facility use, and how will it be sourced? | + |
|---|---|

| Is there enough electricity to power the facility? | + |

## You may also be interested in







**About us**

**Responsibility**

**Opportunity**



About us          Responsibility          Suppliers          Opportunity



 News          Answers Center          Contact us

**Oklahoma Primary Aluminum is a project of EGA and Century Aluminum**

Terms and conditions

Privacy Policy     Cookies Policy

Copyright 2026 © Aluminum Oklahoma LLC, doing business as Oklahoma Primary Aluminum, a subsidiary of Emirates Global Aluminium PJSC. All Rights Reserved